EXHIBIT 4

EVIDENCE OF USE FOR U.S. PATENT NO. 10,049,410

Title: Receipts scanner and financial organizer

Application No.: US 14/878,363

Filing Date: October 8, 2015

Issue Date: August 14, 2018

**Accused Product:**



Source: https://www.zoho.com/expense/receipt-scanner-app/

**Automated expense recording –** Users simply scan and upload their receipts using Zoho Expense, and the corresponding expenses are automatically created – no manual data entry required.

Source: https://www.businesswire.com/news/home/20150407005310/en/Zoho-Launches-Zoho-Expense

**Evidence of Use**

| Claim Language | Evidence of Infringement |
| --- | --- |
| 1. A method for processing a paper expense receipt using a computer system, comprising the steps of:<br><br>receiving at a computer input device the paper expense receipt from an individual incurring an expense; | Zoho Expense is a cloud-based software/application that can be used in mobile devices automated for expense reporting. Zoho Expense has a receipt scanner that scans the receipts ("paper expense receipt") comprising expense information of the user.<br><br>**Zoho Expense**<br><br>What is Zoho Expense?<br><br>Zoho Expense is an online expense reporting software that automates recording of expenses from receipts, simplifies expense reporting, streamlines the approval process, and provides control over business expenditures.<br><br>Zoho Expense is cloud-based software. So, you can access the Zoho Expense application from your desktop, iPad, IPhone, and Android devices. All you need is a stable device and the latest version of web browser to get the best expense reporting experience.<br><br>Source: https://www.zoho.com/books/expense-reporting/<br><br>**Automated expense recording** – Users simply scan and upload their receipts using Zoho Expense, and the corresponding expenses are automatically created – no manual data entry required.<br><br>Source: https://www.businesswire.com/news/home/20150407005310/en/Zoho-Launches-Zoho-Expense<br><br>Zoho Expense is designed to automate expense tracking and travel management for your organization. Scan your receipts on the go, by using the Autoscan receipt scanner to create expenses, then add them to reports and submit them instantly. Plan your business travel by creating itineraries for your trips. Managers can approve reports<br><br>Source: https://apps.apple.com/us/app/zoho-expense-expense-reports/id966094166 |

2

| Claim Language | Evidence of Infringement |
| --- | --- |
| receiving at a computer input device the paper expense receipt from an individual incurring an expense;<br><br>receiving on a computer processor an electronic image of the expense receipt from the computer input device; | Zoho Expense has a receipt scanner that scans the receipts ("paper expense receipt") comprising expense information of the user. Upon scanning, the receipt is uploaded or saved for further processing.<br><br>**Automated expense recording** – Users simply scan and upload their receipts using Zoho Expense, and the corresponding expenses are automatically created – no manual data entry required.<br><br>Source: https://www.businesswire.com/news/home/20150407005310/en/Zoho-Launches-Zoho-Expense<br><br>Receipt scanner app, across platforms<br><br>Zoho Expense is built for all of your devices.<br><br>Source: https://www.zoho.com/expense/receipt-scanner-app/ |

3

| Claim Language | Evidence of Infringement |
|---|---|
| processing the electronic image to automatically obtain expense data by:<br><br>using software to retrieve at least the relevant data from the electronic image; and<br><br>parsing the relevant data to obtain the expense data within the relevant data; and | The scanned receipts are auto scanned to extract essential information such as expenditure amount, date, merchant name, etc.<br><br>**Auto Scanning of Receipts**<br><br>Once you upload the receipts, they will go through the **auto scanning** process where essential details like date, amount, merchant name, currency and payment mode are captured. As of now, Zoho Expense can auto scan receipts in the following<br><br>Source: https://www.zoho.com/expense/help/receipts/<br><br>**Automate Your Expense Reporting**<br><br>Typically, expense reporting takes a lot of manual entry. This expense reporting software is different. When you use the auto scan feature, your receipts are automatically turned into expenses. The feature reads your receipts and automatically pulls the most important data (amount, date, merchant name, etc.).<br><br>Source: https://zcrmhelp.com/finance/automate-your-expense-reporting-with-zoho-expense/<br><br>**What is Zoho Expense?**<br><br>Zoho Expense is an online expense reporting software that automates recording of expenses from receipts, simplifies expense reporting, streamlines the approval process, and provides control over business expenditures.<br><br>**The Best Receipt Scanner App**<br><br>Our receipt scanning software, Zoho Expense, turns your receipts into detailed expenses at the tap of a button.<br><br>Source: https://www.zoho.com/books/expense-reporting/ |

4

| Claim Language | Evidence of Infringement |
|---|---|
| populating an electronic expense report with the expense data; and<br><br>displaying the electronic expense report to the individual;<br><br><br><br>***Specification support:***<br>*Click "scanning complete" once you have finished scanning all the receipts. You will find that all the information from the scanned receipts is automatically entered into the computer 2 (Step 16). Each receipt is entered as a separate transaction using preselected, or default categories. You have the flexibility to change the categories any time and reconcile. Now the software program in the computer 2 has organized all the information (Step 17). This new or updated file is ready for viewing on the screen (see the monitor 3 in FIG. 1) and/or for printing (see the printer 4 in the FIG. 1) (Step 18).*<br>[US Patent No. 10,049,410 at col. 4, lines 19 – 29] | The scanned receipts are auto scanned to extract essential information such as expenditure amount. The extracted information is then automatically populated into their relevant field in the Zoho Expense application which is displayed on the display screen of the mobile device.<br><br><br><br>Source: https://www.zoho.com/expense/receipt-tracking/ |

| Claim Language | Evidence of Infringement |
|---|---|
| displaying the electronic expense report to the individual; | Zoho Expense displays the extracted expenditure data of a receipt in the form of an expense report to the user.<br><br><br><br>Source: https://youtu.be/TLBOd0p_euk?t=233 |

| Claim Language | Evidence of Infringement |
| --- | --- |
| wherein the expense receipt has no predefined format for the computer system. | Zoho Expense scanner can scan any type of expense bill like grocery bills, restaurant bills, transportation bills or more which does not have a predefined format.<br><br>Zoho Expense automates business and travel expense management. It dramatically reduces the time required to record receipts, prepare expense reports and get them approved. Zoho Expense is a true perk for traveling employees, for managers who have stacks of expense reports awaiting approval.<br><br>Source: https://play.google.com/store/apps/details?id=com.zoho.expense<br><br>**Receipt scanner app, across platforms**<br>Zoho Expense is built for all of your devices.<br><br>Source: https://www.zoho.com/expense/receipt-scanner-app/ |

7