EXHIBIT 5

EVIDENCE OF USE FOR U.S. PATENT NO. 10,453,151

Title: Receipts scanner and financial organizer

Application No.: US 16/031,243

Filing Date: July 10, 2018

Issue Date: October 22, 2019

**Accused Product:**



Source:  https://www.zoho.com/expense/receipt-scanner-app/

**Automated expense recording** – Users simply scan and upload their receipts using Zoho Expense, and the corresponding expenses are automatically created – no manual data entry required.

Source:  https://www.businesswire.com/news/home/20150407005310/en/Zoho-Launches-Zoho-Expense

**Evidence of Use**

| Claim Language | Evidence of Infringement |
|---|---|
| 16. In a system having a scanner in communication with a computing device, a method comprising the steps of:<br><br>**Specification support:**<br>*Thus, the software is a simple-to-use financial organizer where all receipt information gets organized into an easily useable format. The software has lots of features to make your life easier. It allows you to find any expense. You can also add notes to the transactions. The semi-processed data can be imported into one of your already existing or familiar programs like Quicken, Money, etc.*<br>[US Patent No. 10,453,151 at col. 3, lines 28 – 34] | Zoho Expense is a cloud-based software/application that can be used in mobile devices for automated expense reporting. Zoho Expense has a receipt scanner that scans the receipts comprising expense information of the user.<br><br>**What is Zoho Expense?**<br>Zoho Expense is an online expense reporting software that automates recording of expenses from receipts, simplifies expense reporting, streamlines the approval process, and provides control over business expenditures.<br><br>Zoho Expense is cloud-based software. So, you can access the Zoho Expense application from your desktop, iPad, IPhone, and Android devices. All you need is a stable device and the latest version of web browser to get the best expense reporting experience.<br><br>Source: https://www.zoho.com/books/expense-reporting/<br><br>**Automated expense recording** – Users simply scan and upload their receipts using Zoho Expense, and the corresponding expenses are automatically created – no manual data entry required.<br><br>Source: https://www.businesswire.com/news/home/20150407005310/en/Zoho-Launches-Zoho-Expense |

| Claim Language | Evidence of Infringement |
|---|---|
| |  Source: https://apps.apple.com/us/app/zoho-expense-expense-reports/id966094166<br><br>Source: https://www.zoho.com/expense/receipt-scanner-app/ |

| Claim Language | Evidence of Infringement |
|---|---|
| processing a digital image of a document having no predefined format and containing numerical information to automatically extract the numerical information;<br><br>***Specification support:***<br>*Now you can feed the receipts into the scanner 1 one at a time (Step 15). Click "scanning complete" once you have finished scanning all the receipts. You will find that all the information from the scanned receipts is automatically entered into the computer 2 (Step 16). Each receipt is entered as a separate transaction using preselected, or default categories.*<br>*[US Patent No. 10,453,151 at col. 4, lines 19 – 25]* | Zoho expense allow users to scan and upload receipts ("document") of any format, which is then auto scanned to extract essential details such as expense amount ("numerical information").<br><br>**Auto Scanning of Receipts**<br><br>Once you upload the receipts, they will go through the **auto scanning** process where essential details like date, amount, merchant name, currency and payment mode are captured. As of now, Zoho Expense can auto scan receipts in the following<br><br>Source: https://www.zoho.com/expense/help/receipts/<br><br><br><br>Source: https://www.zoho.com/expense/receipt-tracking/ |

4

| Claim Language | Evidence of Infringement |
|---|---|
| enabling editing of the extracted numerical information; and | After auto-scanning of the receipt, a screen is displayed with the extracted information, which can be modified or edited, if read incorrectly.<br><br><br><br>Source: https://www.zoho.com/expense/help/expenses/#editing-expenses |

5

| Claim Language | Evidence of Infringement |
|---|---|
|  | <br>Source: https://youtu.be/TLBOd0p_euk?t=207 |

| Claim Language | Evidence of Infringement |
|---|---|
| automatically categorizing the extracted numerical information into at least one predefined category to enable creating a report including the at least one predefined category. | Zoho Expense auto-categorizes receipts into one or more predetermined categories such as meals and entertainment, business development, fuel/mileage expense, etc.<br><br>Receipts can also be auto-categorised. The first expense with a new merchant needs to be categorised manually in an organisation. Subsequent expenses containing the same merchant will be auto-categorised during auto-scan.<br><br>Source: https://www.zoho.com/expense/help/receipts/?#auto-scanning<br><br>Source: https://www.zoho.com/expense/help/receipts/?#auto-scanning |

7

| Claim Language | Evidence of Infringement |
|---|---|
| 18. The method according to claim 16, further comprising the step of: creating the report, wherein the document is a receipt and the report summarizes expense information contained in the extracted numerical information on the receipt.<br><br>20. The method according to claim 18, wherein the report organizes the numerical information from the document along with numerical information from other documents for display in tabular form or pie-chart form.<br><br>**Specification Support:** *The invention allows editing of the information from the scanned receipts and organized data. This organized data can be viewed in various formats, namely, tabular form (see FIG. 4A), pie-chart form (see FIG. 4B), etc. The tabular data formats include income-expense reports, planned versus actual budget, list of all expenses with different categories, etc.* [US Patent No. 10,453,151 at col. 4, lines 48 – 54] | Zoho Expense combines the extracted expenditure data of a receipt with other previously scanned receipts to form a spending report.<br><br>• **Automated expense recording –** Users simply scan and upload their receipts using Zoho Expense, and the corresponding expenses are automatically created – no manual data entry required.<br><br>Source: https://www.businesswire.com/news/home/20150407005310/en/Zoho-Launches-Zoho-Expense<br><br> <br><br>Source: https://youtu.be/TLBOd0p_euk?t=233    Source: https://youtu.be/TLBOd0p_euk?t=168 |