EXHIBIT 6

EVIDENCE OF USE FOR U.S. PATENT NO. 8,693,070

Title: Receipts scanner and financial organizer

Application No.: <u>US 13/743,603</u>

Filing Date: <u>January 17, 2013</u>

Issue Date: <u>April 8, 2014</u>

**Accused Product:**



Source: https://www.zoho.com/expense/receipt-scanner-app/

**Automated expense recording –** Users simply scan and upload their receipts using Zoho Expense, and the corresponding expenses are automatically created – no manual data entry required.

Source: https://www.businesswire.com/news/home/20150407005310/en/Zoho-Launches-Zoho-Expense

## Evidence of Use

| Claim Language | Evidence of Infringement |
|---|---|
| 1. In a system having a scanner in communication with a computing device, a method comprising the steps of:<br><br>obtaining, by the scanner, an electronic image of a document having no predefined format and containing numerical information;<br><br><br><br>***Specification support:***<br>*Thus, the software is a simple-to-use financial organizer where all receipt information gets organized into an easily useable format. The software has lots of features to make your life easier. It allows you to find any expense. You can also add notes to the transactions. The semi-processed data can be imported into one of your already existing or familiar programs like Quicken, Money, etc.*<br>*[US Patent No. 8,693,070 at col. 3, lines 34 – 40]* | Zoho Expense is a cloud-based software/application that can be used in mobile devices automated for expense reporting. Zoho Expense has a receipt scanner that scans the receipts ("document") of any format comprising expense information ("numerical information") of the user.<br><br>**ZOHO Expense**<br><br>**What is Zoho Expense?**<br>Zoho Expense is an online expense reporting software that automates recording of expenses from receipts, simplifies expense reporting, streamlines the approval process, and provides control over business expenditures.<br><br>Zoho Expense is cloud-based software. So, you can access the Zoho Expense application from your desktop, iPad, IPhone, and Android devices. All you need is a stable device and the latest version of web browser to get the best expense reporting experience.<br><br>Source: https://www.zoho.com/books/expense-reporting/<br><br>**Automated expense recording –** Users simply scan and upload their receipts using Zoho Expense, and the corresponding expenses are automatically created – no manual data entry required.<br><br>Source: https://www.businesswire.com/news/home/20150407005310/en/Zoho-Launches-Zoho-Expense |

| Claim Language | Evidence of Infringement |
|---|---|
| **Specification support:**<br>The invention *automatically collects* *all the data* *from the receipts* *the user has scanned* and processes and organizes all the information. The software categorizes each transaction, so you have instant insight into your expenses. You always know exactly where your money goes. The invention creates reports including Income-Expense, Cash Flow, Budget, etc. The invention instantly lets you customize, sort, and subtotal report information on-screen, and shows where any amount in a report comes from. *The invention shows a clear picture* *of your expenses* with a number of instant graphs.<br>[US Patent No. 8,693,070 at col. 2, lines 64 to col. 3, line 8] | Zoho Expense is designed to automate expense tracking and travel management for your organization. Scan your receipts on the go, by using the Autoscan receipt scanner to create expenses, then add them to reports and submit them instantly. Plan your business travel by creating itineraries for your trips. Managers can approve reports and trips with just a single tap.<br><br>Source: https://apps.apple.com/us/app/zoho-expense-expense-reports/id966094166<br><br>**Receipt scanner app, across platforms**<br>Zoho Expense is built for all of your devices.<br>Download on the App Store   GET IT ON Google Play<br><br>Source: https://www.zoho.com/expense/receipt-scanner-app/ |

| Claim Language | Evidence of Infringement |
|---|---|
| automatically capturing, in the computing device, the obtained electronic image including the numerical information;<br><br>organizing, in the computing device, the captured numerical information;<br><br><br>***Specification support:***<br>*Now you can feed the receipts into the scanner 1 one at a time (Step 15). Click "scanning complete" once you have finished scanning all the receipts. You will find that all the information from the scanned receipts is automatically entered into the computer 2 (Step 16). Each receipt is entered as a separate transaction using preselected, or default categories.*<br>*[US Patent No. 8,693,070 at col. 4, lines 20 – 26]* | The scanned receipts are auto scanned to extract essential information such as expenditure amount. The extracted information is then automatically populated into their relevant field in the Zoho Expense application ("organizing") which is displayed on the display screen of the mobile device.<br><br>**Auto Scanning of Receipts**<br><br>Once you upload the receipts, they will go through the **auto scanning** process where essential details like date, amount, merchant name, currency and payment mode are captured. As of now, Zoho Expense can auto scan receipts in the following<br><br>Source: https://www.zoho.com/expense/help/receipts/<br><br><br><br>Source: https://www.zoho.com/expense/receipt-tracking/ |

| Claim Language | Evidence of Infringement |
|---|---|
| enabling editing of the captured numerical information; | After auto-scanning of the receipt, a screen is displayed with the extracted information, which can be modified or edited, if read incorrectly.<br><br><br><br>Source: https://www.zoho.com/expense/help/expenses/#editing-expenses |

| Claim Language | Evidence of Infringement |
|---|---|
| | <br><br>Source: https://youtu.be/TLBOd0p_euk?t=207 |

| Claim Language | Evidence of Infringement |
|---|---|
| enabling viewing of the captured numerical information in a desired format; and<br><br>combining the captured numerical information with other numerical information previously captured from other documents into a report.<br><br><br>**Dependent Claim:**<br>*5. The method according to claim 1,*<br>*wherein the document is a receipt and the other documents are other receipts and the report summarizes expense information contained in the captured numerical information on electronic image of the receipt along with the other numerical information previously captured from the other receipts.*<br>[US Patent No. 8,693,070 at col. 5, lines 31 – 37] | Zoho Expense combines the extracted expenditure data of a receipt with other previously scanned receipts to form a report. The extracted expense information can be viewed in tabular or a pie-chart format.<br><br>## Automate Your Expense Reporting<br>Typically, expense reporting takes a lot of manual entry. This expense reporting software is different. When you use the auto scan feature, your receipts are automatically turned into expenses. The feature reads your receipts and automatically pulls the most important data (amount, date, merchant name, etc.).<br><br><br><br>Source: https://zcrmhelp.com/finance/automate-your-expense-reporting-with-zoho-expense/ |

| Claim Language | Evidence of Infringement |
|---|---|
| **Specification support:** *The invention allows editing of the information from the scanned receipts and organized data. This organized data can be viewed in various formats, namely, tabular form (see FIG. 4A), pie-chart form (see FIG. 4B), etc. The tabular data formats include income-expense reports, planned versus actual budget, list of all expenses with different categories, etc. The invention further processes the data and enables comparison with pre-customized budgets or limits in each category.* [US Patent No. 8,693,070 at col. 4, lines 47 - 54] |  Source: https://youtu.be/TLBOd0p_euk?t=233    Source: https://youtu.be/TLBOd0p_euk?t=168 |

| Claim Language | Evidence of Infringement |
|---|---|
| 6. The method according to claim 5, further comprising the steps of:<br><br>categorizing the expense information for the receipts into one or more predetermined categories to obtain categorized information for the receipts,<br><br>wherein the report presents the expense information in the one or more predetermined categories. | Zoho Expense auto-categorizes receipts into one or more predetermined categories such as meals and entertainment, business development, fuel/mileage expense, etc.<br><br>**Auto Scanning of Receipts**<br><br>Once you upload the receipts, they will go through the **auto scanning** process where essential details like date, amount, merchant name, currency and payment mode are captured. As of now, Zoho Expense can auto scan receipts in the following languages:<br><br><br><br>Receipts can also be auto-categorised. The first expense with a new merchant needs to be categorised manually in an organisation. Subsequent expenses containing the same merchant will be auto-categorised during auto-scan.<br><br>Source: https://www.businesswire.com/news/home/20150407005310/en/Zoho-Launches-Zoho-Expense |

9

| Claim Language | Evidence of Infringement |
|---|---|
| |  Source: https://youtu.be/TLBOd0p_euk?t=233 |