AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

BRIGHT CAPTURE LLC,
*Plaintiff*

V.   Civil Action No. **6:22−CV−00048−ADA**

ZOHO CORPORATION,
*Defendant*

## SUMMONS IN A CIVIL ACTION

TO:  **Zoho Corporation**
**c/o Resident Agents Inc.**
**8 The Green, STE R**
**Dover, DE 19901**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Cortney S. Alexander**
**Kent & Risley LLC**
**5755 N Point Pkwy, Ste 57**
**Alpharetta, GA 30022**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**JEANNETTE J. CLACK**
CLERK OF COURT
**s/BRIANNA WINTER**
DEPUTY CLERK

ISSUED ON 2022−02−15 09:41:21

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:22-CV-00048-ADA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* ZOHO CORPORATION
was received by me on *(date)* 02/15/2022.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's resident or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Debbie Suma at 3:28 pm, who is
designated by law to accept service of process on behalf of *(name of organization)* Registered Agents
Inc, located at 8 The Green, Suite A, Dover, DE 19901   on *(date)* 02/15/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify): _____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty that this information is true.

Date: 02/15/2022

*Server's signature*

Lori Millar- Process Server
*Printed name and title*
Parcels, Inc
1111B South Governors Avenue
Dover, DE 19904
*Server's Address*

Additional information regarding attempted sevice, etc:
_____
_____

PARCELS INC
230 N MARKET ST
WILMINGTON, DE 19801
(302) 658-9926

Date: 2/15/2022     Time: 3:49 PM EST

| | |
|---|---|
| Trans Type: | RepeatSale |
| Customer ID: | Kent and Risley |
| Transaction #: | 377243077 |
| Name: | Cortney Alexander |
| Account: | ************8566 |
| Exp Date: | **** |
| Card Type: | MASTERCARD |
| Street: | 845 Botanica Way |
| Zip: | 30213 |
| Entry: | Manual |
| Invoice #: | 955050 |
| AuthCode: | 01544S |
| Result: | **APPROVED** |
| Message: | APPROVAL |
| Batch Number: | 383 |
| Description: | Zoho Corporation |
| **Subtotal:** | **$77.50** |
| **Total Amt:** | **$77.50** |

I Agree to Pay Above Total
Amount According to Card
Issuer Agreement (Merchant
Agreement if Credit Voucher)

Signature X_____