# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **Bright Capture LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**Zoho Corporation,**<br><br>Defendant. | Case No. 6:22-cv-48 |

## NOTICE OF VENUE DISCOVERY

Pursuant to the Court's Standing Order Governing Proceedings (OGP) 4.1—Patent Cases (Section V), which directs the parties "to file a notice of venue or jurisdictional discovery if the discovery will delay a response to a motion to transfer," Plaintiff provides notice to the Court that it intends to conduct discovery related to Defendant's Motion to Transfer Venue Within This District Under 28 U.S.C. § 1404(a), and that its response to Defendant's motion to transfer will therefore be delayed until after the completion of venue discovery.

Dated: April 29, 2022              Respectfully submitted,

/s/ Cortney Alexander
Cortney Alexander
Kent & Risley LLC
5755 North Point Pkwy STE 57
Alpharetta, GA 30022
404-855-3867
cortneyalexander@kentrisley.com


**Counsel for Plaintiff**
**Bright Capture LLC**

1