# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| BRIGHT CAPTURE LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> ZOHO CORPORATION, § <br> § <br> Defendant. § <br> § | Civil Action No. 6:22-CV-00048-ADA |

## JOINT MOTION TO ENTER AGREED SCHEDULING ORDER

Plaintiff Bright Capture LLC ("Plaintiff") and Defendant Zoho Corporation ("Defendant") jointly submit an Agreed Proposed Scheduling Order, attached hereto as Exhibit A.

Dated: September 6, 2022

Respectfully submitted,

/s/   Cortney S. Alexander
Cortney S. Alexander
cortneyalexander@kentrisley.com
KENT & RISLEY LLC
Tel: (404) 855-3867
5755 N Point Pkwy Ste 57
Alpharetta, GA 30022

**COUNSEL FOR PLAINTIFF**

/s/   Darryl J. Adams
Darryl J. Adams
Texas State Bar No. 00796101
dadams@sgbfirm.com
**SLAYDEN GRUBERT BEARD PLLC**
401 Congress Avenue, Suite 1650
Austin, Texas 78701
Telephone: (512) 402-3550
Facsimile:  (512) 402-6865

Ryan J. Marton (*Pro Hac Vice*)
ryan@martonribera.com
Carolyn Chang *(Pro Hac Vice)*
carolyn@martonribera.com
Phillip Haack *(Pro Hac Vice)*
phaack@martonribera.com
**MARTON RIBERA SCHUMANN & CHANG LLP**
548 Market St., Suite 36117
San Francisco, CA 94104
Telephone: (415) 360-2515

**COUNSEL FOR DEFENDANT**

**CERTIFICATE OF CONFERENCE**

I certify that I, as counsel for Plaintiff, conferred with counsel for Defendant regarding the relief sought in this motion and that there is no opposition to any of the relief requested in the motion.

>*/s/ Cortney S. Alexander*
>Cortney S. Alexander
>cortneyalexander@kentrisley.com
>KENT & RISLEY LLC
>Tel: (404) 855-3867
>5755 N Point Pkwy Ste 57
>Alpharetta, GA 30022
>
>**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I certify that on September 6, 2022, I electronically field the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

>*/s/ Cortney S. Alexander*
>Cortney S. Alexander