UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| BRIGHT CAPTURE LLC, | § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. 6:22-cv-00048-ADA |
| ZOHO CORPORATION, | | |
| Defendant. | | |

**STATUS REPORT REGARDING DEFENDANT ZOHO CORPORATION'S MOTION TO TRANSFER VENUE WITHIN THIS DISTRICT UNDER 28 U.S.C. § 1404(a)**

Pursuant to the Court's Second Amended Standing Order Regarding Motions for Inter-District Transfer, Defendant Zoho Corporation ("Zoho") hereby provides the following status report regarding its Motion to Transfer Venue Within this District Under 28 U.S.C. §1404(a) (the "Motion"). (Dkt. 21). As of July 22, 2022, Zoho's Motion to Transfer Venue is fully briefed and ready for resolution by the Court.

Date: October 25, 2022         /s/ Ryan J. Marton
                               _____
                               Ryan J. Marton (*admitted Pro Hac Vice*)
                               ryan@martonribera.com
                               Carolyn Chang (*admitted Pro Hac Vice*)
                               carolyn@martonribera.com
                               Phillip Haack (*admitted Pro Hac Vice*)
                               phaack@martonribera.com
                               MARTON RIBERA SCHUMANN & CHANG LLP
                               548 Market Street, Suite 36117
                               San Francisco, CA 94104
                               Tel: 415.360.2511

                               Darryl J. Adams (TX Bar No. 00796101)
                               dadams@sgbfirm.com
                               SLAYDEN GRUBERT BEARD PLLC
                               401 Congress Ave., Suite 1650
                               Austin, TX 78701
                               Tel: 512.402.3550
                               Fax: 512.402.6865

                               *Attorneys for Defendant Zoho Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing is being served on the counsel of record via the CM/ECF system on October 25, 2022.

Dated: October 25, 2022                    */s/ Ryan J. Marton*
                                            Ryan J. Marton