# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| BRIGHT CAPTURE LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 6:22-CV-00048-ADA |
| § | |
| ZOHO CORPORATION, § | |
| § | |
| Defendant. § | |
| § | |

## PARTIES' JOINT NOTICE REGARDING THE EXTENSION OF PRELIMINARY INVALIDITY CONTENTIONS AND EXCHANGE OF CLAIM TERMS DEADLINES

Plaintiff Bright Capture LLC ("Plaintiff") and Defendant Zoho Corporation ("Defendant") (collectively, "the parties") hereby jointly provide notice that the parties have stipulated to extend the deadlines related to Defendant's preliminary invalidity contentions and the exchange of claim terms for construction. This extension does not change the date of any hearing, trial, or other Court date, nor does it extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event. Defendant's preliminary invalidity contentions are currently due on November 25, 2022 and the exchange of claim terms for construction is December 9, 2022. *See* D.I. 29 at 1-2. The parties have since stipulated to extend by 14 days the deadline for Defendant's preliminary infringement contentions and by 7 days the exchange of claim terms for construction:

| Current Deadline | Amended Deadline | Event |
|---|---|---|
| 11/25/22 | 12/09/22 | Defendant serves preliminary invalidity contentions in the form of (1) a chart setting forth where in the prior art references each element of the asserted claim(s) are found, (2) an identification of any limitations the Defendant contends are indefinite or lack written |

|  |  |  |
|---|---|---|
|  |  | description under section 112, and (3) an identification of any claims the Defendant contends are directed to ineligible subject matter under section 101.  Defendant shall also produce (1) all prior art referenced in the invalidity contentions, and (2) technical documents, including software where applicable, sufficient to show the operation of the accused product(s). |
| 12/09/22 | 12/16/22 | Parties exchange claim terms for construction. |

Dated:  October 26, 2022

*/s/   Cortney S. Alexander*
Cortney S. Alexander
cortneyalexander@kentrisley.com
KENT & RISLEY LLC
Tel: (404) 855-3867
5755 N Point Pkwy Ste 57
Alpharetta, GA 30022

**COUNSEL FOR PLAINTIFF**

Respectfully submitted,

*/s/   Ryan J. Marton*
Ryan J. Marton (*Pro Hac Vice*)
ryan@martonribera.com
Carolyn Chang *(Pro Hac Vice)*
carolyn@martonribera.com
Phillip Haack *(Pro Hac Vice)*
phaack@martonribera.com
**MARTON RIBERA SCHUMANN & CHANG LLP**
548 Market St., Suite 36117
San Francisco, CA 94104
Telephone: (415) 360-2515

Darryl J. Adams
Texas State Bar No. 00796101
dadams@sgbfirm.com
**SLAYDEN GRUBERT BEARD PLLC**
401 Congress Avenue, Suite 1650
Austin, Texas 78701
Telephone: (512) 402-3550
Facsimile:  (512) 402-6865

**COUNSEL FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

I certify that on October 26, 2022, I electronically field the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                By:   */s/ Ryan J. Marton*
                          Ryan J. Marton