# Exhibit A

Please type a plus sign (+) inside this box ──────▶ + 

PTO/SB/16 (8-00)
Approved for use through 10/31/2002. OMB 0651-0032
U.S. Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# PROVISIONAL APPLICATION FOR PATENT COVER SHEET
### This is a request for filing a PROVISIONAL APPLICATION FOR PATENT under 37 CFR 1.53(c).

## INVENTOR(S)

| Given Name (first and middle [if any]) | Family Name or Surname | Residence (City and either State or Foreign Country) |
|---|---|---|
| Radha K. C. | Pandipati | 14120 Stonecutter Drive N.Potomac, Maryland 20878 |

☐ Additional inventors are being named on the ___ separately numbered sheets attached hereto

## TITLE OF THE INVENTION (280 characters max)

Bills Scanner and Financial Organizer

## CORRESPONDENCE ADDRESS

Direct all correspondence to:

☐ Customer Number [_____]  ──────▶  Place Customer Number Bar Code Label here

OR     *Type Customer Number here*

| ☐ Firm or Individual Name | Radha K. C. Pandipati, Kris Engineering Inc |
|---|---|
| Address | 14120 Stonecutter Drive |
| Address | |

| City | N.Potomac | State | Maryland | ZIP | 20878 |
|---|---|---|---|---|---|
| Country | U.S.A | Telephone | | Fax | |

## ENCLOSED APPLICATION PARTS (check all that apply)

| | | |
|---|---|---|
| ☒ Specification *Number of Pages* | 5 | ☐ CD(s), Number [____] |
| ☐ Drawing(s) *Number of Sheets* | [____] | ☐ Other (specify) [_____] |
| ☐ Application Data Sheet. See 37 CFR 1.76 | | |

## METHOD OF PAYMENT OF FILING FEES FOR THIS PROVISIONAL APPLICATION FOR PATENT

☒ Applicant claims small entity status. See 37 CFR 1.27.
☒ A check or money order is enclosed to cover the filing fees
☐ The Commissioner is hereby authorized to charge the filing fees or credit any overpayment to Deposit Account Number: [_____]
☐ Payment by credit card. Form PTO-2038 is attached.

FILING FEE AMOUNT ($)

$75.00

The invention was made by an agency of the United States Government or under a contract with an agency of the United States Government.
☒ No
☐ Yes, the name of the U.S. Government agency and the Government contract number are _____

Respectfully submitted,

SIGNATURE *Radha K.C. Pandipati*     Date 1/25/01

TYPED or PRINTED NAME Radha K.C.Pandipati

REGISTRATION NO. *(if appropriate)* [_____]
Docket Number [_____]

TELEPHONE (301)762-4903(H)/(301)286-6338(W)

## USE ONLY FOR FILING A PROVISIONAL APPLICATION FOR PATENT

This collection of information is required by 37 CFR 1.51. The information is used by the public to file (and by the PTO to process) a provisional application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 8 hours to complete, including gathering, preparing, and submitting the complete provisional application to the PTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Box Provisional Application, Assistant Commissioner for Patents, Washington, D.C. 20231.

January 25, 2001

Box Provisional Patent Application
Commissioner for Patents
Washington, D.C. 20231

Subject: Provisional Patent Application

Dear Sir/Madam,

I would like to file for a Provision Patent and the title of the provisional patent is **"Bills Scanner and Financial Organizer"** . Enclosed please find the same in duplicate (5 pages each), a self addressed stamped envelope and a check for $75.00. I have enclosed herewith the Small Entity Statement.

I would like to apply for the non-provisional patent as soon as possible but no later than 12 months from the date of this letter.

Please do not hesitate to write to me or contact me either at (301) 762-4903 (evenings & weekends) or at (301)286-6338 (daytime).

Thanks.

Sincerely,

Radha K. C. Pandipati
Radha K. C. Pandipati
Kris Engineering Inc
14120 Stonecutter Drive
N. Potomac, MD 20878

**Bills Scanner and Financial Organizer**
by
Radha K. C. Pandipati
Kris Engineering Inc
14120 Stonecutter Drive
N. Potomac, Maryland 20878

**1.0**  **Abstract**

The system contains a BillScan, an apparatus for scanning bills into a computer and a software program which automatically organizes all the information that can be viewed in various formats, namely, tabular statements, pie-charts, etc. The BillScan scanner will be used to input bills, receipts, checks, bank statements, etc. The Scanner accommodates paper of differing sizes. BillScan is usually connected to a computer through a Universal Serial Bus (USB) or pass-thru parallel port for easy installation. The standard software that comes with the BillScan will be used to automatically enter the data from paper to computer. The export feature of the program enables it to create a text file. In addition, the software also interprets the text file by inclusion of sorting, categories, etc and automatically saves the information in Quicken Interchange Format (QIF). Each bill will be turned into an individual transaction. Multiple items in the bill will be used to create a "split" transaction with proper categories added. The categories will be added using a user customizable database. Further, the software also allows for record keeping, budgeting and reconciliation. Also, the QIF formatted file can be imported into any financial management software,  like, "Quicken" or "Money" for further processing.

**2.0**  **Description**

**2.1**  **Background of the Invention**

This invention relates to a scanner apparatus to scan bills into a computer and a software program which automatically organizes all the information that can be viewed in various formats, namely, tabular statements, pie-charts, etc and allows for record keeping, budgeting and reconciliation.

Almost everybody might have wondered at one time or another about where his/her salary is going. Although I make more than enough money, I do not know how I am spending it.

You might have attempted to keep track of how you were spending by saving all the receipts, checks, bills and notes about cash transactions, etc. You patiently entered all the bills into the computer (namely into one of the budgeting or finance managing software programs).  This is very laborious and time consuming and after a while you will loose patience and stop entering the data.  There ends the plan to know where your salary is going.

Now, with this invention, you can stop wasting your time typing. Simply take your file of bills and feed them into the BillScan scanner. Within seconds, BillScan's software organizes all the information into a file on your computer that can be viewed in various formats. It's fast, easy, and convenient. Once the bills are scanned into your computer, you can use BillScan software to manage your expense information.

**2.2**    **Summary of the Invention**

This BillScan scanner is always connected to a computer through a USB or pass-thru parallel port for easy installation and you need to insert one bill at a time into this scanner. The bills can be either grocery receipts, various purchase receipts, VISA bills, bank statements, etc. It automatically collects all the data from the bills you have just scanned and organizes all the information. The software categorizes each transaction, so you have instant insight into your expenses. You always know exactly where your money goes. It creates reports including Income-Expense, Cash Flow, Budget, etc. It instantly lets you customize, sort, and subtotal report information on-screen and shows where any number in a report comes from. It shows a clear picture of your expenses with a number of instant graphs.

For example, making a budget is easy but adhering/implementing is difficult but not when you use our BillScan. Software enables you to create a budget. Once you start scanning the bills, it lets you know at any time where you stand with respect to your budget, whether you kept up or you need adjustment. A budget lets you set a goal for the amount of money you want to spend in a particular category - for example, $100 per month for entertainment. Then you can run a monthly budget report to compare the budgeted amount to the actual amount that you spent.

The software allows the data from the bills to be presented in various formats. For example, a list of all the items you have purchased; another list of items you bought from a particular department store; how many times you visited PizzaHut and how much you spent each time; how much you spent for clothes versus food versus eating outside.

Thus, BillScan Software is a simple-to-use expenses organizer where all bill information gets organized into an easily useable format. BillScan software has lots of features to make your life easier. It allows you to find any expense. You can also add notes to the transactions. The semi-processed data can be imported into one of the your already existing or familiar programs like Quicken, Money, etc.

**2.3**    **Detailed Description**

The system contains a BillScan scanner and BillScan software. The scanner is different from conventional larger size scanners you might have seen in some offices or in copying shops. It is small, light-weight and portable; has cables that connect to power outlet for its power and to a computer for communicating back and forth with it. It is capable of

scanning bills of different widths and thicknesses; it has a built-in feeder that takes in as bills are fed, similar to a fax machine where the fax page is swept in.

The scanner is connected to a computer using a USB port. Before scanning, turn-on the BillScan scanner and the computer. Open the BillScan software program by clicking on the icon displayed on the screen. When the BillScan program is loaded into the computer it automatically creates an icon on the screen. The software opens a window displaying two options, to open an existing file or to open a new file. In the case of a new file, it allows you to select the name of the new file by typing it in. Once a file is selected, it displays "ready for scanning." Now you can feed the bills into the scanner one at a time. Click "scanning complete" once you have finished scanning all the bills. You will find that all the information from the scanned bills is automatically entered into the computer. Each bill is entered as a separate transaction using preselected, or default categories. You have the flexibility to change the categories any time and reconcile. Now the BillScan software program in the computer has organized all the information. This new or updated file is ready for viewing on the screen and/or for printing. Also, after viewing the file, if needed you can modify or edit each transaction. Further, the software also allows for record keeping, budgeting and reconciliation.

It also allows QIF formatted data to be imported into any financial organizer program like Quicken, Money, etc.

**3.0**   **Claims**

1.   Apparatus to scan bills and automatically organize all the information from the scanned bills; it is connected to a computer through a USB port and the unique software program loaded into the program.

As bills are scanned, all the information from the bills is automatically entered into computer; unique software program processes all the information and organizes it. This organized data can be viewed as tabular form or pie-chart form.

The tabular data formats include income-expense reports, planned versus actual budget, list of all expenses with different categories, etc.

2.   Apparatus to scan bills and automatically organize all the information from the scanned bills; it is connected to a computer through a USB port and the unique software program loaded into the program.

An apparatus, when bills are fed into, it automatically enters all the information into the  computer that is connected to it instead of manual typing in.

3.   Apparatus to scan bills and automatically organize all the information from the

scanned bills; it is connected to a computer through a USB port and the unique software program loaded into the program.

It contains an unique software program loaded into the computer and operating within the computer, organizes all the information from the scanned bills.

4.    Apparatus to scan bills and automatically organize all the information from the scanned bills; it is connected to a computer through a USB port and the unique software program loaded into the program.

It further processes the data and enables to be viewed in various formats;

5.    Apparatus to scan bills and automatically organize all the information from the scanned bills; it is connected to a computer through a USB port and the unique software program loaded into the program.

It further processes the data and enables comparison with pre-customized budgets or limits in each category;

6.    Apparatus to scan bills and automatically organize all the information from the scanned bills; it is connected to a computer through a USB port and the unique software program loaded into the program.

It further allows editing the information from the scanned bills;

7.    Apparatus to scan bills and automatically organize all the information from the scanned bills; it is connected to a computer through a USB port and the unique software program loaded into the program.

It further allows entering the budget or limits in each category;

8.    Apparatus to scan bills and automatically organize all the information from the scanned bills; it is connected to a computer through a USB port and the unique software program loaded into the program.

Allows the QIF data to be imported by any other program like Quicken, Money, etc;

9.    Apparatus to scan bills and automatically organize all the information from the scanned bills; it is connected to a computer through a USB port and the unique software program loaded into the program.

It further allows for record keeping, budgeting and reconciliation.

**4.0**     **Possible Extensions**

It even comes up with suggestions and recommendations using its large up-to-date data base, namely,  how you can save on groceries, how you can improve your health habits, how you can save on insurance, how you can save on travel, compares expenses each month with the previous month, prompts you when certain payments might have to be made, projects certain future expenses using data it has compiled (like birth days, marriage days, etc), how you can maintain budget by changing where you buy or what you buy, gathers information for taxes (keeps track of items that go into tax preparations), etc.

Bills Scanner and Financial Organizer by Radha K. C. Pandipati
Kris Engineering Inc, 14120 Stonecutter Dr, N. Potomac, MD 20878

Page-5

January 25, 2001

Box Provisional Patent Application
Commissioner for Patents
Washington, D.C. 20231

Subject: Small Entity Statement

Dear Sir/Madam,

I am the sole owner of Kris Engineering Inc and my company does not have any employees now. My company is incorporated as S-Corporation. Thus, I request you to treat me as a "Small Entity" for filing for a "Provisional Patent".

Please do not hesitate to write to me or contact me either at (301) 762-4903 (evenings & weekends) or at (301)286-6338 (daytime), if you need any clarification.

Thanks.

Sincerely,

Radha K. C. Pandipati
Kris Engineering Inc
14120 Stonecutter Drive
N. Potomac, MD 20878