# Exhibit B



Please type a plus sign (+) inside this box ➡ ☐

PTO/SB/05 (03-01)
Approved for use through 10/31/2002. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# UTILITY PATENT APPLICATION TRANSMITTAL

*(Only for new nonprovisional applications under 37 CFR 1.53(b))*

| | |
|---|---|
| Attorney Docket No. | |
| *First Inventor* | Radha K.C.Pandipati |
| *Title* | Bills Scanner and Financial Organizer |
| Express Mail Label No. | |

## APPLICATION ELEMENTS

*See MPEP chapter 600 concerning utility patent application contents.*

**ADDRESS TO:**
Assistant Commissioner for Patents
Box Patent Application
Washington, DC 20231

1. [X] Fee Transmittal Form (e.g., PTO/SB/17)
   *(Submit an original and a duplicate for fee processing)*
2. [X] Applicant claims small entity status.
   See 37 CFR 1.27.
3. [X] Specification    [Total Pages **11**]
   *(preferred arrangement set forth below)*
   - Descriptive title of the invention
   - Cross Reference to Related Applications
   - Statement Regarding Fed sponsored R & D
   - Reference to sequence listing, a table,
     or a computer program listing appendix
   - Background of the Invention
   - Brief Summary of the Invention
   - Brief Description of the Drawings *(if filed)*
   - Detailed Description
   - Claim(s)
   - Abstract of the Disclosure
4. [X] Drawing(s) *(35 U.S.C. 113)*    [ Total Sheets **1** ]
5. Oath or Declaration    [ Total Pages **12** ]
   a. [X] Newly executed (original or copy)
   b. ☐ Copy from a prior application (37 CFR 1.63 (d))
      *(for continuation/divisional with Box 18 completed)*
      i. ☐ <u>DELETION OF INVENTOR(S)</u>
         Signed statement attached deleting inventor(s)
         named in the prior application, see 37 CFR
         1.63(d)(2) and 1.33(b).
6. ☐ Application Data Sheet. See 37 CFR 1.76

7. ☐ CD-ROM or CD-R in duplicate, large table or Computer Program *(Appendix)*
8. Nucleotide and/or Amino Acid Sequence Submission *(if applicable, all necessary)*
   a. ☐ Computer Readable Form (CRF)
   b. Specification Sequence Listing on:
      i. ☐ CD-ROM or CD-R (2 copies); or
      ii. ☐ paper
   c. ☐ Statements verifying identity of above copies

### ACCOMPANYING APPLICATION PARTS

9. ☐ Assignment Papers (cover sheet & document(s))
10. ☐ 37 CFR 3.73(b) Statement    ☐ Power of Attorney
    *(when there is an assignee)*
11. ☐ English Translation Document *(if applicable)*
12. ☐ Information Disclosure    ☐ Copies of IDS
    Statement (IDS)/PTO-1449         Citations
13. ☐ Preliminary Amendment
14. ☐ Return Receipt Postcard (MPEP 503)
    *(Should be specifically itemized)*
15. ☐ Certified Copy of Priority Document(s)
    *(if foreign priority is claimed)*
16. ☐ Nonpublication Request under 35 U.S.C. 122 (b)(2)(B)(i). Applicant must attach form PTO/SB/35 or its equivalent.
17. ☐ Other: .........................................

---

18. If a CONTINUING APPLICATION, check appropriate box, and supply the requisite information below and in a preliminary amendment, or in an Application Data Sheet under 37 CFR 1.76:

☐ Continuation    ☐ Divisional    ☐ Continuation-in-part (CIP)    of prior application No.:_____/_____

*Prior application information:*    Examiner _____    Group Art Unit: _____

For CONTINUATION OR DIVISIONAL APPS only: The entire disclosure of the prior application, from which an oath or declaration is supplied under Box 5b, is considered a part of the disclosure of the accompanying continuation or divisional application and is hereby incorporated by reference. The incorporation <u>can only</u> be relied upon when a portion has been inadvertently omitted from the submitted application parts.

### 19. CORRESPONDENCE ADDRESS

☐ Customer Number or Bar Code Label    (Insert Customer No. or Attach bar code label here)    or [X] Correspondence address below

| | |
|---|---|
| *Name* | Radha K.C.Pandipati, Kris Engineering Inc |
| *Address* | 19531 Desmet Place |
| City | Montgomery Village |

| State | Maryland | Zip Code | 20886 |
|---|---|---|---|
| Country | U.S.A. | Telephone | 301-926-5886 | Fax | |

| Name (Print/Type) | Radha K. C. Pandipati | Registration No. (Attorney/Agent) | N.A. |
|---|---|---|---|
| Signature | *Radha K.C.Pandipati* | Date | 1/24/2002 |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Box Patent Application, Washington, DC 20231.

PTO/SB/17 (11-01)
Approved for use through 10/31/2002. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# FEE TRANSMITTAL
## for FY 2002
*Patent fees are subject to annual revision.*

[X] Applicant claims small entity status. See 37 CFR 1.27

**TOTAL AMOUNT OF PAYMENT**     ($) 370

| Complete if Known | |
|---|---|
| Application Number | |
| Filing Date | |
| First Named Inventor | Radha K. C. Pandipati |
| Examiner Name | |
| Group Art Unit | |
| Attorney Docket No. | |

## METHOD OF PAYMENT (check all that apply)

[X] Check   [ ] Credit card   [ ] Money Order   [ ] Other   [ ] None

[ ] Deposit Account:

Deposit Account Number

Deposit Account Name

**The Commissioner is authorized to:** (check all that apply)
[ ] Charge fee(s) indicated below     [ ] Credit any overpayments
[ ] Charge any additional fee(s) during the pendency of this application
[ ] Charge fee(s) indicated below, except for the filing fee
to the above-identified deposit account

## FEE CALCULATION

### 1. BASIC FILING FEE

| Large Entity Fee Code | Fee ($) | Small Entity Fee Code | Fee ($) | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| 101 | 740 | 201 | 370 | Utility filing fee | 370 |
| 106 | 330 | 206 | 165 | Design filing fee | |
| 107 | 510 | 207 | 255 | Plant filing fee | |
| 108 | 740 | 208 | 370 | Reissue filing fee | |
| 114 | 160 | 214 | 80 | Provisional filing fee | |

**SUBTOTAL (1)** ($) 370

### 2. EXTRA CLAIM FEES FOR UTILITY AND REISSUE

| | Extra Claims | | Fee from below | | Fee Paid |
|---|---|---|---|---|---|
| Total Claims | 11 | -20** = | 0 | X | = 0 |
| Independent Claims | 1 | - 3** = | 0 | X | = 0 |
| Multiple Dependent | | | | = | 0 |

| Large Entity Fee Code | Fee ($) | Small Entity Fee Code | Fee ($) | Fee Description |
|---|---|---|---|---|
| 103 | 18 | 203 | 9 | Claims in excess of 20 |
| 102 | 84 | 202 | 42 | Independent claims in excess of 3 |
| 104 | 280 | 204 | 140 | Multiple dependent claim, if not paid |
| 109 | 84 | 209 | 42 | ** Reissue independent claims over original patent |
| 110 | 18 | 210 | 9 | ** Reissue claims in excess of 20 and over original patent |

**SUBTOTAL (2)** ($) 0

### FEE CALCULATION (continued)

### 3. ADDITIONAL FEES

| Large Entity Fee Code | Fee ($) | Small Entity Fee Code | Fee ($) | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| 105 | 130 | 205 | 65 | Surcharge - late filing fee or oath | |
| 127 | 50 | 227 | 25 | Surcharge - late provisional filing fee or cover sheet | |
| 139 | 130 | 139 | 130 | Non-English specification | |
| 147 | 2,520 | 147 | 2,520 | For filing a request for *ex parte* reexamination | |
| 112 | 920* | 112 | 920* | Requesting publication of SIR prior to Examiner action | |
| 113 | 1,840* | 113 | 1,840* | Requesting publication of SIR after Examiner action | |
| 115 | 110 | 215 | 55 | Extension for reply within first month | |
| 116 | 400 | 216 | 200 | Extension for reply within second month | |
| 117 | 920 | 217 | 460 | Extension for reply within third month | |
| 118 | 1,440 | 218 | 720 | Extension for reply within fourth month | |
| 128 | 1,960 | 228 | 980 | Extension for reply within fifth month | |
| 119 | 320 | 219 | 160 | Notice of Appeal | |
| 120 | 320 | 220 | 160 | Filing a brief in support of an appeal | |
| 121 | 280 | 221 | 140 | Request for oral hearing | |
| 138 | 1,510 | 138 | 1,510 | Petition to institute a public use proceeding | |
| 140 | 110 | 240 | 55 | Petition to revive - unavoidable | |
| 141 | 1,280 | 241 | 640 | Petition to revive - unintentional | |
| 142 | 1,280 | 242 | 640 | Utility issue fee (or reissue) | |
| 143 | 460 | 243 | 230 | Design issue fee | |
| 144 | 620 | 244 | 310 | Plant issue fee | |
| 122 | 130 | 122 | 130 | Petitions to the Commissioner | |
| 123 | 50 | 123 | 50 | Processing fee under 37 CFR 1.17(q) | |
| 126 | 180 | 126 | 180 | Submission of Information Disclosure Stmt | |
| 581 | 40 | 581 | 40 | Recording each patent assignment per property (times number of properties) | |
| 146 | 740 | 246 | 370 | Filing a submission after final rejection (37 CFR § 1.129(a)) | |
| 149 | 740 | 249 | 370 | For each additional invention to be examined (37 CFR § 1.129(b)) | |
| 179 | 740 | 279 | 370 | Request for Continued Examination (RCE) | |
| 169 | 900 | 169 | 900 | Request for expedited examination of a design application | |

Other fee (specify)

*Reduced by Basic Filing Fee Paid

**SUBTOTAL (3)** ($)

## SUBMITTED BY

| | | Complete (if applicable) | |
|---|---|---|---|
| Name (Print/Type) | Radha K. C. Pandipati | Registration No. (Attorney/Agent) | N.A. |
| Signature | Radha K. C. Pandipati | Date | 1/24/2002 |

Telephone 301-926-5886

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

January 24, 2002

Assistant Commissioner for Patents
Box Patent Application
Washington, DC 20231

Subject: Non-provisional Utility Patent Application

Dear Sir/ Madame,

I am herewith filing for Non-provisional Utility Patent for my patent entitled " Bills Scanner and Financial Organizer" and enclosing the following items:

a)   Declaration for Utility or Design Patent Application  (2 pages)
b)   Small Entity Statement (1 page)
c)   Utility Patent Application Transmittal (1 page)
d)   Fee Transmittal for FY2002 (1 page)
e)   A check for $370
f)   Specification including drawing (12 pages)
g)   Parent Case Provisional Patent Application details(2 pages)

Please do not hesitate to write to me or contact me either at (301) 926-5886 (evenings & weekends) or at (301) 286-6338 (daytime), if you need any clarification and/or additional information.

Thanks.

Sincerely,

Radha K. C. Pandipati
Radha K. C. Pandipati
Kris Engineering Inc
19531 Desmet Place
Montgomery Village, MD 20886

July 8, 2001


Commissioner for Patents
U.S. Patent and Trademark Office
Washington, D.C. 20231


Dear Sir/Madame:

We have filed the following provisional Patent Applications

       1)      Application Number:    60/265,406
                   Filing Date:           02/01/2001
                   Confirmation Number:  1775
                   Title:                 Bills scanner and financial organizer

       2)      Application Number:    60/275,311
                   Filing Date:           03/14/2001
                   Confirmation Number:  3174
                   Title:                 Electric clocks and remote controller

from the following address:

       Radha K. C. Pandipati
       Kris Engineering Inc
       14120 Stonecutter Drive
       N. Potomac, MD 20878

Please change our mailing address as we recently moved to the following:

       Radha K. C. Pandipati
       Kris Engineering Inc
       19531 Desmet Place
       Montgomery Village, MD 20886


Thanks and kindly acknowledge our change of address request.


Radha K. C. Pandipati
Kris Engineering Inc
19531 Desmet Place
Montgomery Village, MD 20886

January 24, 2002

Assistant Commissioner for Patents
Box Patent Application
Washington, DC 20231

Subject: Small Entity Statement

Dear Sir/ Madame,

I am the sole owner of Kris Engineering Inc and my company does not have any employees now.
My company is incorporated as S-Corporation. Thus, I request you to treat me as a "Small
Entity" for filing for patents.

Please do not hesitate to write to me or contact me either at (301) 926-5886 (evenings &
weekends) or at (301) 286-6338 (daytime), if you need any clarification.

Thanks.

Sincerely,

Radha K. C. Pandipati
Radha K. C. Pandipati
Kris Engineering Inc
19531 Desmet Place
Montgomery Village, MD 20886

**Title of Invention**

Bills Scanner and Financial Organizer

## Inventors

Radha K. C. Pandipati
Kris Engineering Inc
19531 Desmet Place
Montgomery Village, Maryland 20886
(301)926-5886 (Home)
(301)286-6338 (work)

## Cross-Reference to Related Applications

| US Patent 6,240,216 | "Method and apparatus for processing an image, storage medium for storing an image processing program " by Naoyuki Nemoto & Hiroyasu Takahashi, dated May 29, 2001. |
|---|---|
| US Patent 5,604,640 | "Business card scanner and method of use" by Mary J. Zipf; & Karen E. Jachimowicz;, dated February 18, 1997. |
| US Patent 5,644,663 | "Portable image scanner having manual or automatic feed" by Hidemi Saito; Takashi Kanda;Yoshihito Iida; Naoto Mochizuki;, dated July 1, 1997. |
| US Patent 6,115,241 | "Attachment of a mobile scanner to a portable computer" by Darwin Hu, dated September 5, 2000. |
| US Patent 5,897,625 | "Automated document cashing system" by Robin Haley Gustin;Troy W. Livingston; Namsoo Park; dated April 27, 1999. |

## Parent Case Text

This is a continuation of U.S.Application Number 60/265,406, filed on Feb. 1, 2001, which is a provisional patent application.

## BACKGROUND OF THE INVENTION

### Field of the Invention

This invention relates to a scanner apparatus to scan bills into a computer and a software program which automatically organizes all the information that can be viewed in various formats, namely, tabular statements, pie-charts, etc and allows for record keeping, budgeting and reconciliation.

### Description of the Related Art

Almost everybody might have wondered at one time or other about where his/her salary is going. Many people think "Although I make more than enough money, I do not know how I am spending it".

You might have attempted to keep track of how you were spending by saving all the receipts, checks, bills and notes about cash transactions, etc. You patiently entered all the bills into the computer (namely into one of the budgeting or finance managing software programs). This is very laborious and time consuming and after a while you will loose patience and stop entering the data.  There ends the plan to know where your salary is going.

Now, with this invention, you can stop wasting your time typing. Simply take your file of bills and feed them into the scanner. Within seconds after scanning the bills, the software organizes all the information into a file on your computer that can be viewed in various formats. It's fast, easy, and convenient. Once the bills are scanned into your computer, you can use the software to manage your expense information.

A thorough patent search resulted in the following related patents but none of them has proposed so far the idea proposed in this invention. For example, the US Patent 6,240,216 entitled " Method and apparatus for processing an image, storage medium for storing an image processing program" relates to an image method and more particularly to mask

processing (noise reduction, smoothing of a pattern or the like) of binary image data by software.

There are a number of different kinds of scanners commercially available and have been patented. However, none of them are of the type described in this invention. When a bill is fed or inserted the scanner of this invention automatically grabs and moves the bill while it is being scanned and stops at the completion of the scanning of the bill. In addition, the data is automatically captured and organized into a database which allows the data scanned to be viewable in a number of predefined formats which also can be customized if desired.

The prior art references describe excellent applicability to various purposes other than the purpose the present invention is intended. For instance, the US Patent 5,604,640 entitled "Business card scanner and method of use" relates, in general, to optoelectronic devices and, in particular, to scanning mixed media information cards, storing the information, and displaying the scanned information in a variety of display formats. However, feeding and scanning of bills and having associated software program to organize the data is not dealt with.

The US Patent 5,644,663 entitled " Portable image scanner having manual or automatic feed" relates to an image scanner for automatically scanning a document to optically read out and output image data that is on the document to an image processing device such as a computer, and more particularly to a portable image scanner capable of selectively uniting a cover member to a scanner body to feed a cut-sheet document to be scanned, or detaching the cover member from the scanner body to move the independent scanner body on a thick document such as a book.

The US Patent 6,115,241 entitled "Attachment of a mobile scanner to a portable computer" generally relates to a portable scanning system and more particularly to a versatile attachment of a mobile scanner to a portable computer.

The US Patent 5,897,625 entitled "Automated document cashing system" relates to automated banking systems and machines including those which employ or are an improvement on automatic teller machines (ATMs). These systems perform the usual ATM functions and additionally cash money orders and checks for the user without the presence or the assistance of a teller,  allow the depositing of cash into the machine and provide additional functions, such as transferring money by wire, depositing cash into an account or purchasing end user items from the machine.

The US Patent 5,920,877 entitled "Text acquisition and organizing system" relates to apparatus for acquiring and manipulating text and, more particularly, to apparatus for acquiring discrete text strings and automatically formatting those text strings, as they are received, into a preselected data format structure. There are a number of situations in which a researcher or reader may desire to record and organize printed or displayed text included in an existing work for future reference or for some other future use. As used herein, the term "text" is meant to encompass information that is intended for presentation for human comprehension and may comprise symbols, phrases, sentences in natural or artificial language, pictures, diagrams, and tables.

There has not been proposed so far a configuration consisting of a scanner and a software program in order to achieve the purpose described by the subject patent. Thus, none of the prior art references proposed the idea of this invention.

## SUMMARY OF THE INVENTION

This is a continuation of U.S.Application Number 60/265,406, filed on Feb. 1, 2001, which is a provisional patent application. Briefly stated, it is an  apparatus to scan bills with a unique software which automatically organizes all the information from the scanned bills. It contains a  scanner which is connected to a computer through a Universal Serial Bus (USB) port or pass thru parallel port and the unique software program loaded into the program. As the bills are being scanned, all the information from the scanned bills is automatically entered into the computer. You need to insert one bill at a time into this scanner. The bills can be either grocery receipts, various purchase receipts, credit card bills, bank statements, etc. It automatically collects all the data from the bills you have just scanned, processes and organizes all the information. The software categorizes each transaction, so you have instant insight into your expenses. You always know exactly where your money goes. It creates reports including Income-Expense, Cash Flow, Budget, etc. It instantly lets you customize, sort, and subtotal report information on-screen and shows where any amount in a report comes from. It shows a clear picture of your expenses with a number of instant graphs. The organized data can also be viewed in tabular form or pie-chart form, etc. The apparatus allows editing the information from the scanned bills. The apparatus also automatically saves the information scanned from the bills in the Quicken Interchange Format (QIF), allowing it to be imported by any financial management program like Quicken, Money, etc; Each scanned bill will be turned into an individual transaction.  The multiple items in the bill will be used to create a "split" transaction with proper customizable categories. The software loaded into the computer allows for record keeping, budgeting and reconciliation.

For example, making a budget is easy but adhering/implementing it is difficult, but not when you use the system of this invention. Software enables you to create a budget. Once you start scanning the bills, it lets you know at any time where you stand with respect to your budget,

whether you kept up or you need adjustment. A budget lets you set a goal for the amount of money you want to spend in a particular category - for example, $100 per month for entertainment. Then you can run a monthly budget report to compare the budgeted amount to the actual amount that you spent.

The software allows the data from the bills to be presented in various formats. For example, a list of all the items you have purchased; another list of items you bought from a particular department store; how many times you visited a particular restaurant and how much you spent each time; how much you spent for clothes versus food versus eating outside, etc.

Thus, the software is a simple-to-use financial organizer where all bill information gets organized into an easily useable format. The software has lots of features to make your life easier. It allows you to find any expense. You can also add notes to the transactions. The semi-processed data can be imported into one of the your already existing or familiar programs like Quicken, Money, etc.

Other and further features of this invention will become obvious upon an understanding of the illustrative embodiments about to be described or will be indicated in the appended claims, and various advantages not referred to herein will occur to one skilled in the art upon employment of the invention in practice.

## BRIEF DESCRIPTION OF THE DRAWING

An embodiment of the present invention will be described hereinafter with reference to the accompanying drawing, in which:

Figure 1: is a schematic block diagram illustrating the overall arrangement of the scanner and the computer with associated monitor, printer, etc. This overall arrangement is a representative embodiment of the present invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

The system as illustrated in Fig.1 contains the scanner 1 and the software. The scanner 1 is different from conventional large size scanners you might have seen in some offices or in copying shops. It is a small, light-weight and portable one, and has cables that connect to power outlet for its power and to a computer 2 for communicating back and forth with it. It is capable of scanning bills of different widths and thicknesses; it has a built-in feeder that takes in bills as they are fed, similar to a fax machine where the fax page is swept in.

The scanner 1 is connected to a computer 2 using a USB port as illustrated in Fig. 1. Before scanning, turn-on the scanner 1 and the computer 2. Open the software program by clicking on the icon displayed on the screen (see the monitor 3 in Fig. 1). When the program is loaded into the computer 2 it automatically creates an icon on the screen (see the monitor 3 in Fig. 1). The software opens a window displaying two options, to open an existing file or to open a new file. In the case of a new file, it allows you to select the name of the new file by typing it in. Once a file is selected, it displays "ready for scanning." Now you can feed the bills into the scanner 1 one at a time. Click "scanning complete" once you have finished scanning all the bills. You will find that all the information from the scanned bills is automatically entered into the computer 2. Each bill is entered as a separate transaction using preselected, or default categories. You have the flexibility to change the categories any time and reconcile. Now the software program in the computer 2 has organized all the information. This new or updated file is ready for viewing on the screen (see the monitor 3 in Fig.1) and/or for printing (see the printer 4 in the Fig.1). Also, after viewing the file, if needed you can modify or edit each

transaction. Further, the software also allows for record keeping, budgeting and reconciliation.

Thus, the system "Bills Scanner and Financial Organizer" is an apparatus to scan bills and unique software to automatically organize all the information from the scanned bills; it is connected to a computer 2 through a USB port and the unique software program loaded into the program. When bills are fed into, it automatically enters all the information into the computer 2 that is connected to it instead of manual typing in. As bills are scanned, all the information from the bills is automatically entered into computer 2; unique software program operating within the computer 2 processes all the information from the scanned bills and organizes it. It allows editing the information from the scanned bills and organized data. This organized data can be viewed in various formats, namely, tabular form, pie-chart form, etc. The tabular data formats include income-expense reports, planned versus actual budget, list of all expenses with different categories, etc. It further processes the data and enables comparison with pre-customized budgets or limits in each category;

It also allows QIF formatted data to be imported into any financial organizer program like Quicken, Money, etc.

**POSSIBLE EXTENSIONS**

It even comes up with suggestions and recommendations using its large up-to-date data base, namely, how you can save on groceries, how you can improve your health habits, how you can save on insurance, how you can save on travel, compares expenses each month with the previous month, prompts you when certain payments might have to be made, projects certain future expenses using data it has compiled (like birth days, marriage days, etc), how you can maintain budget by changing where you buy or what brand name item you buy, gathers

information for taxes (keeps track of items that go into tax preparations), etc.

**Claims**

1    An apparatus to scan bills with a unique software which automatically organizes all the information from the scanned bills:

2    An apparatus as claimed in claim 1, where the scanner is connected to a computer through a USB port or pass thru parallel port and the unique software program loaded into the program.

3    An apparatus as claimed in claim 1, where as the bills are being scanned all the information from the scanned bills is automatically entered into the computer;

4    An apparatus as claimed in claim 1, wherein the unique software program processes all the information and organizes it;

5    An apparatus as claimed in claim 1, wherein the organized data can be viewed as tabular form or pie-chart form;

6    An apparatus as claimed in claim 1, wherein the tabular data formats include income-expense reports, expenses versus planned budget, and list of all expenses grouped under various categories;

7      An apparatus as claimed in claim 1, wherein the apparatus allows editing the information from the scanned bills;

8      An apparatus as claimed in claim 1, wherein the apparatus automatically saves the information scanned from the bills in the Quicken Interchange Format, allowing it to be imported by any financial management program like Quicken, Money, etc;

9      An apparatus as claimed in claim 1, wherein each scanned bill will be turned into an individual transaction;

10     An apparatus as claimed in claim 9, wherein the multiple items in the bill will be used to create a "split" transaction with proper customizable categories.

11     An apparatus as claimed in claim 1, wherein the software allows for record keeping, budgeting and reconciliation.

Bills Scanner and Financial Organizer by Radha K. C. Pandipati
Kris Engineering Inc, 19531 Desmet Place, Montgomery Village, MD 20886,(301)926-5886 (Home);(301)286-6338 (Work)

Page-10

**Abstract**

The system contains a scanner, an apparatus for scanning bills into a computer and an unique software program which automatically organizes all the information that can be viewed in various formats, namely, tabular statements, pie-charts, etc. The scanner which accommodates paper of differing sizes will be used to input bills, receipts, bank statements, etc. Scanner is usually connected to a computer through a Universal Serial Bus or pass-thru parallel port for easy installation. The software program creates a text file of the scanned data by inclusion of sorting, categories, etc and automatically saves the information in Quicken Interchange Format, allowing it to be imported into any financial management software for further processing. Each bill will be turned into an individual transaction. Multiple items in the bill will be used to create a "split" transaction with proper customizable categories added. Further, the software also allows for record keeping, budgeting and reconciliation.

**Drawings/Figures**



Bills Scanner and Financial Organizer by Radha K. C. Pandipati
Kris Engineering Inc, 19531 Desmet Place, Montgomery Village, MD 20886,(301)926-5886 (Home);(301)286-6338 (Work)

Page-12

PTO/SB/01 (10-01)
Approved for use through 10/31/2002. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

# DECLARATION FOR UTILITY OR DESIGN PATENT APPLICATION (37 CFR 1.63)

| Attorney Docket Number | |
|---|---|
| First Named Inventor | Radha K.C.Pandipati |
| **COMPLETE IF KNOWN** | |
| Application Number | |
| Filing Date | |
| Art Unit | |
| Examiner Name | |

[X] Declaration Submitted with Initial Filing    OR    [ ] Declaration Submitted after Initial Filing (surcharge (37 CFR 1.16 (e)) required)

As the below named inventor, I hereby declare that:

My residence, mailing address, and citizenship are as stated below next to my name.

I believe I am the original and first inventor of the subject matter which is claimed and for which a patent is sought on the invention entitled:

**Bills Scanner and Financial Organizer**

*(Title of the Invention)*

the specification of which

[X] is attached hereto

OR

[ ] was filed on (MM/DD/YYYY) _____ as United States Application Number or PCT International

Application Number _____ and was amended on (MM/DD/YYYY) _____ (if applicable).

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment specifically referred to above.

I acknowledge the duty to disclose information which is material to patentability as defined in 37 CFR 1.56, including for continuation-in-part applications, material information which became available between the filing date of the prior application and the national or PCT international filing date of the continuation-in-part application.

I hereby claim foreign priority benefits under 35 U.S.C. 119(a)-(d) or (f), or 365(b) of any foreign application(s) for patent, inventor's or plant breeder's rights certificate(s), or 365(a) of any PCT international application which designated at least one country other than the United States of America, listed below and have also identified below, by checking the box, any foreign application for patent, inventor's or plant breeder's rights certificate(s), or any PCT international application having a filing date before that of the application on which priority is claimed.

| Prior Foreign Application Number(s) | Country | Foreign Filing Date (MM/DD/YYYY) | Priority Not Claimed | Certified Copy Attached? YES | NO |
|---|---|---|---|---|---|
| | | | [ ] | [ ] | [ ] |
| | | | [ ] | [ ] | [ ] |
| | | | [ ] | [ ] | [ ] |
| | | | [ ] | [ ] | [ ] |

[ ] Additional foreign application numbers are listed on a supplemental priority data sheet PTO/SB/02B attached hereto:

[Page 1 of 2]

Burden Hour Statement: This form is estimated to take 21 minutes to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

PTO/SB/01 (10-01)
Approved for use through 10/31/2002. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

# DECLARATION — Utility or Design Patent Application

| Direct all correspondence to: ☐ | Customer Number or Bar Code Label | | *OR* | X | Correspondence address below |
|---|---|---|---|---|---|

**Name** Radha K. C. Pandipati, Kris Engineering Inc

**Address** 19531 Desmet Place

**City** Montgomery Village **State** Maryland **ZIP** 20886

**Country** U.S.A **Telephone** (301) 926-5886 **Fax**

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

**NAME OF SOLE OR FIRST INVENTOR :** ☐ A petition has been filed for this unsigned inventor

**Given Name** (first and middle [if any]) Radha K. C. **Family Name or Surname** Pandipati

**Inventor's Signature** *Radha K. C. Pandipati* **Date** 1/24/2002

**Residence: City** Montgomery Village **State** Maryland **Country** U.S.A. **Citizenship** U.S.A.

**Mailing Address** 19531 Desmet Place

**City** Montgomery Village **State** Maryland **ZIP** 20886 **Country** U.S.A.

**NAME OF SECOND INVENTOR:** ☐ A petition has been filed for this unsigned inventor

**Given Name** (first and middle [if any]) **Family Name or Surname**

**Inventor's Signature** **Date**

**Residence: City** **State** **Country** **Citizenship**

**Mailing Address**

**City** **State** **ZIP** **Country**

☐ Additional inventors are being named on the ____ supplemental Additional Inventor(s) sheet(s) PTO/SB/02A attached hereto.

[Page 2 of 2]



# UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
WASHINGTON, D.C. 20231
www.uspto.gov



Bib Data Sheet

**CONFIRMATION NO. 8442**

| SERIAL NUMBER 10/054,390 | FILING DATE 01/24/2002 RULE | CLASS 358 | GROUP ART UNIT 2622 | ATTORNEY DOCKET NO. |
|---|---|---|---|---|

**APPLICANTS**

Radha K. C. Pandipati, Montgomery Village, MD;

**\*\* CONTINUING DATA \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
THIS APPLN CLAIMS BENEFIT OF 60/265,406 02/01/2001
AND CLAIMS BENEFIT OF 60/275,311 03/14/2001

**\*\* FOREIGN APPLICATIONS \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**IF REQUIRED, FOREIGN FILING LICENSE GRANTED \*\* SMALL ENTITY \*\***
**\*\* 02/19/2002**

| Foreign Priority claimed ☐ yes ☐ no<br>35 USC 119 (a-d) conditions met ☐ yes ☐ no ☐ Met after Allowance<br>Verified and Acknowledged      Examiner's Signature      Initials | STATE OR COUNTRY MD | SHEETS DRAWING 1 … | TOTAL CLAIMS 11 | INDEPENDENT CLAIMS 1 |
|---|---|---|---|---|

**ADDRESS**

Radha K. C. Pandipati
Kris Engineering Inc
19531 Desmet Place
Montgomery Village ,MD 20886

**TITLE**

Bills scanner and financial organizer

| FILING FEE RECEIVED 370 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees ( Filing ) |
| | | ☐ 1.17 Fees ( Processing Ext. of time ) |
| | | ☐ 1.18 Fees ( Issue ) |
| | | ☐ Other _____ |
| | | ☐ Credit |

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

01/29/2002 SDIRETA1 00000064 10054390
01 FC:201                    370.00 OP

**PTO-1556**
**(5/87)**
*U.S. GPO: 2000-468-987/39595

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Effective October 1, 2001 | Application or Docket Number<br>10054390 |
|---|---|

## CLAIMS AS FILED - PART I

| | (Column 1) | (Column 2) | SMALL ENTITY<br>TYPE ☐ | | OR | OTHER THAN<br>SMALL ENTITY | |
|---|---|---|---|---|---|---|---|
| | | | RATE | FEE | | RATE | FEE |
| TOTAL CLAIMS | 10 | | BASIC FEE | 370.00 | OR | BASIC FEE | 740.00 |
| FOR | NUMBER FILED | NUMBER EXTRA | | | | | |
| TOTAL CHARGEABLE CLAIMS | 10 minus 20= | * — | X$ 9 | | OR | X$18 | |
| INDEPENDENT CLAIMS | 1 minus 3 = | * — | X42 | | OR | X84 | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | ☐ | +140= | | OR | +280= | |
| | | | TOTAL | 370 | | TOTAL | |

* If the difference in column 1 is less than zero, enter "0" in column 2

## CLAIMS AS AMENDED - PART II

| | (Column 1) | (Column 2) | (Column 3) | SMALL ENTITY | | OR | OTHER THAN<br>SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|
| AMENDMENT A | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
| Total | * | Minus | ** | = | X$ 9= | | OR | X$18= |
| Independent | * | Minus | *** | = | X42= | | OR | X84= |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | ☐ | +140= | | OR | +280= | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

| | (Column 1) | (Column 2) | (Column 3) | | | | | |
|---|---|---|---|---|---|---|---|---|
| AMENDMENT B | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
| Total | * | Minus | ** | = | X$ 9= | | OR | X$18= |
| Independent | * | Minus | *** | = | X42= | | OR | X84= |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | ☐ | +140= | | OR | +280= | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

| | (Column 1) | (Column 2) | (Column 3) | | | | | |
|---|---|---|---|---|---|---|---|---|
| AMENDMENT C | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
| Total | * | Minus | ** | = | X$ 9= | | OR | X$18= |
| Independent | * | Minus | *** | = | X42= | | OR | X84= |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | ☐ | +140= | | OR | +280= | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875 (Rev. 8/01)                        Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

☆U.S. GPO 2001 482-124 / 59197

# CLAIMS ONLY

| SERIAL NO. | FILING DATE |
| --- | --- |
| 10107390 | |
| APPLICANT(S) | |

## CLAIMS

| | AS FILED | | AFTER 1st AMENDMENT | | AFTER 2nd AMENDMENT | | | * | | * | | * | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | IND. | DEP. | IND. | DEP. | IND. | DEP. | | IND. | DEP. | IND. | DEP. | IND. | DEP. |
| 1 | ✓ | | | | | | 51 | | | | | | |
| 2 | | ✓ | | | | | 52 | | | | | | |
| 3 | | ✓ | | | | | 53 | | | | | | |
| 4 | | ✓ | | | | | 54 | | | | | | |
| 5 | | ✓ | | | | | 55 | | | | | | |
| 6 | | ✓ | | | | | 56 | | | | | | |
| 7 | | ✓ | | | | | 57 | | | | | | |
| 8 | | ✓ | | | | | 58 | | | | | | |
| 9 | | ✓ | | | | | 59 | | | | | | |
| 10 | | ✓ | | | | | 60 | | | | | | |
| 11 | | ✓ | | | | | 61 | | | | | | |
| 12 | | | | | | | 62 | | | | | | |
| 13 | | | | | | | 63 | | | | | | |
| 14 | | | | | | | 64 | | | | | | |
| 15 | | | | | | | 65 | | | | | | |
| 16 | | | | | | | 66 | | | | | | |
| 17 | | | | | | | 67 | | | | | | |
| 18 | | | | | | | 68 | | | | | | |
| 19 | | | | | | | 69 | | | | | | |
| 20 | | | | | | | 70 | | | | | | |
| 21 | | | | | | | 71 | | | | | | |
| 22 | | | | | | | 72 | | | | | | |
| 23 | | | | | | | 73 | | | | | | |
| 24 | | | | | | | 74 | | | | | | |
| 25 | | | | | | | 75 | | | | | | |
| 26 | | | | | | | 76 | | | | | | |
| 27 | | | | | | | 77 | | | | | | |
| 28 | | | | | | | 78 | | | | | | |
| 29 | | | | | | | 79 | | | | | | |
| 30 | | | | | | | 80 | | | | | | |
| 31 | | | | | | | 81 | | | | | | |
| 32 | | | | | | | 82 | | | | | | |
| 33 | | | | | | | 83 | | | | | | |
| 34 | | | | | | | 84 | | | | | | |
| 35 | | | | | | | 85 | | | | | | |
| 36 | | | | | | | 86 | | | | | | |
| 37 | | | | | | | 87 | | | | | | |
| 38 | | | | | | | 88 | | | | | | |
| 39 | | | | | | | 89 | | | | | | |
| 40 | | | | | | | 90 | | | | | | |
| 41 | | | | | | | 91 | | | | | | |
| 42 | | | | | | | 92 | | | | | | |
| 43 | | | | | | | 93 | | | | | | |
| 44 | | | | | | | 94 | | | | | | |
| 45 | | | | | | | 95 | | | | | | |
| 46 | | | | | | | 96 | | | | | | |
| 47 | | | | | | | 97 | | | | | | |
| 48 | | | | | | | 98 | | | | | | |
| 49 | | | | | | | 99 | | | | | | |
| 50 | | | | | | | 100 | | | | | | |
| TOTAL IND. | 1 | | | | | | TOTAL IND. | | | | | | |
| TOTAL DEP. | 10 | | | | | | TOTAL DEP. | | | | | | |
| TOTAL CLAIMS | 11 | | | | | | TOTAL CLAIMS | | | | | | |

* MAY BE USED FOR ADDITIONAL CLAIMS OR ADMENDMENTS

U.S.DEPARTMENT OF COMMERCE
Patent and Trademark Office

*U.S. GPO: 1998-443-593/89152



## UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
WASHINGTON, D.C. 2023
www.uspto.gov

| APPLICATION NUMBER | FILING DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | DRAWINGS | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|---|
| 60/265,406 | 02/01/2001 | | 75 | | | | |

CONFIRMATION NO. 5775

**FILING RECEIPT**

*OC000000005959736*

Radha K. C. Pandipati
Kris Engineering Inc.
14120 Stonecutter Drive
N. Potomac, MD 20878

Date Mailed: 04/11/2001

Receipt is acknowledged of this provisional Patent Application. It will not be examined for patentability and will become abandoned not later than twelve months after its filing date. Be sure to provide the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION when inquiring about this application. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please write to the Office of Initial Patent Examination's Customer Service Center. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the PTO processes the reply to the Notice, the PTO will generate another Filing Receipt incorporating the requested corrections (if appropriate).**

Applicant(s)
          Radha K.C. Pandipati, N. Potomac, MD;

If Required, Foreign Filing License Granted 04/11/2001

Projected Publication Date: N/A

Non-Publication Request: No

Early Publication Request: No

** SMALL ENTITY **

Title
          Bills scanner and financial organizer

Data entry by : MANALAC, AMELIA          Team : OIPE          Date: 04/11/2001