IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BRIGHT CAPTURE LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ZOHO CORPORATION,<br><br>    Defendants. | Case No. 6:22-cv-48 |

## DECLARATION OF CORTNEY S. ALEXANDER

I, Cortney S. Alexander, declare as follows:

1. My name is Cortney S. Alexander. I am over the age of eighteen, and I am a citizen of the United States. I am a member in good standing of the State Bars of Georgia and Louisiana, and the bars of the Supreme Court of Georgia and the Supreme Court of Louisiana. I am also admitted to this Court. I am counsel for Plaintiff.

2. I submit this declaration in support of Plaintiff's Responsive Claim Construction Brief.

3. Exhibit A to Plaintiff's Responsive Claim Construction Brief is a true and correct copy of excerpts from the Microsoft Computer Dictionary, Fifth Edition.

4. Exhibit B to Plaintiff's Responsive Claim Construction Brief is a true and correct copy of a Nov. 3, 2009, Decision on Appeal by the Board of Patent Appeals and Interferences in U.S. Application No. 10/054,390.

5. Exhibit C to Plaintiff's Responsive Claim Construction Brief is a true and correct copy of a Sept. 9, 2005, Office Action in U.S. Application No. 10/054,390.

6. Exhibit D to Plaintiff's Responsive Claim Construction Brief is a true and correct copy of a Jan. 9, 2006, Office Action in U.S. Application No. 10/054,390.

7. Exhibit E to Plaintiff's Responsive Claim Construction Brief is a true and correct copy of a June 14, 2006, Office Action in U.S. Application No. 10/054,390.

8. Exhibit F to Plaintiff's Responsive Claim Construction Brief is a true and correct copy of a Nov. 16, 2006, Office Action in U.S. Application No. 10/054,390.

9. Exhibit G to Plaintiff's Responsive Claim Construction Brief is a true and correct copy of an October 24, 2005, Response to Office Action in U.S. Application No. 10/054,390.

10. Exhibit H to Plaintiff's Responsive Claim Construction Brief is a true

and correct copy of an April 3, 2006, Response to Office Action in U.S. Application No. 10/054,390.

11. Exhibit I to Plaintiff's Responsive Claim Construction Brief is a true and correct copy of a February 15, 2007, Response to Office Action in U.S. Application No. 10/054,390.

12. Exhibit J to Plaintiff's Responsive Claim Construction Brief is a true and correct copy of a Oct. 13, 2006, Response to Office Action in U.S. Application No. 10/054,390.

13. Exhibit K to Plaintiff's Responsive Claim Construction Brief is a true and correct copy of a Nov. 5, 2007, Appeal Brief in U.S. Application No. 10/054,390.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, pursuant to 28 U.S.C. § 1746.

Executed on this 6th day of March, 2023.

/s/ Cortney S. Alexander
Cortney S. Alexander