# EXHIBIT A

**Microsoft**



OVER 10,000 ENTRIES

# Microsoft Computer Dictionary
## Fifth Edition

- Fully updated with the latest technologies, terms, and acronyms
- Easy to read, expertly illustrated
- Definitive coverage of hardware, software, the Internet, and more!



BC000903

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 2002 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Microsoft Computer Dictionary.--5th ed.
     p. cm.
   ISBN 0-7356-1495-4
   1. Computers--Dictionaries.   2. Microcomputers--Dictionaries.

  AQ76.5. M52267   2002
  004'.03--dc21                                                    200219714

Printed and bound in the United States of America.

2 3 4 5 6 7 8 9    QWT    7 6 5 4 3 2

Distributed in Canada by H.B. Fenn and Company Ltd.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office or contact Microsoft Press International directly at fax (425) 936-7329. Visit our Web site at www.microsoft.com/mspress. Send comments to *mspinput@microsoft.com*.

Active Desktop, Active Directory, ActiveMovie, ActiveStore, ActiveSync, ActiveX, Authenticode, BackOffice, BizTalk, ClearType, Direct3D, DirectAnimation, DirectDraw, DirectInput, DirectMusic, DirectPlay, DirectShow, DirectSound, DirectX, Entourage, FoxPro, FrontPage, Hotmail, IntelliEye, IntelliMouse, IntelliSense, JScript, MapPoint, Microsoft, Microsoft Press, Mobile Explorer, MS-DOS, MSN, Music Central, NetMeeting, Outlook, PhotoDraw, PowerPoint, SharePoint, UltimateTV, Visio, Visual Basic, Visual C++, Visual FoxPro, Visual InterDev, Visual J++, Visual SourceSafe, Visual Studio, Win32, Win32s, Windows, Windows Media, Windows NT, Xbox are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. Other product and company names mentioned herein may be the trademarks of their respective owners.

The example companies, organizations, products, domain names, e-mail addresses, logos, people, places, and events depicted herein are fictitious. No association with any real company, organization, product, domain name, e-mail address, logo, person, place, or event is intended or should be inferred.

**Acquisitions Editor:** Alex Blanton
**Project Editor:** Sandra Haynes

Body Part No. X08-41929

BC000904

**scalable** *adj.* Of or relating to the characteristic of a piece of hardware or software or a network that makes it possible for it to expand—or shrink—to meet future needs and circumstances. For example, a scalable network allows the network administrator to add many additional nodes without the need to redesign the basic system.

**scalable font** *n.* Any font that can be scaled to produce characters in varying sizes. Examples of scalable fonts are screen fonts in a graphical user interface, stroke fonts (such as Courier) and outline fonts common to most PostScript printers, TrueType fonts, and the method for screen font definition used in Macintosh System 7. In contrast, most text-based interfaces and printing devices (such as daisy-wheel printers) offer text in only one size. *See also* outline font, PostScript font, screen font, stroke font, TrueType.

**scalable parallel processing** *n.* Multiprocessing architectures in which additional processors and additional users can easily be added without excessive increases in complexity and loss of performance. *Acronym:* SPP.

**Scalable Processor Architecture** *n. See* SPARC.

**Scalable Vector Graphics** *n. See* SVG.

**scalar** *n.* A factor, coefficient, or variable consisting of a single value (as opposed to a record, an array, or some other complex data structure). *Compare* vector.

**scalar data type** *n.* A data type defined as having a predictable and enumerable sequence of values that can be compared for greater-than/less-than relationships. Scalar data types include integers, characters, user-defined enumerated data types, and (in most implementations) Boolean values. Some debate exists as to whether or not floating-point numbers can be considered a scalar data type; although they can be ordered, enumeration is often questionable because of rounding and conversion errors. *See also* Boolean expression, enumerated data type, floating-point number.

**scalar processor** *n.* A processor designed for high-speed computation of scalar values. A scalar value can be represented by a single number.

**scalar variable** *n. See* scalar.

**scale**[1] *n.* A horizontal or vertical line on a graph that shows minimum, maximum, and interval values for the data plotted.

**scale**[2] *vb.* **1.** To enlarge or reduce a graphic display, such as a drawing or a proportional character font, by adjusting its size proportionally. **2.** To alter the way in which values are represented so as to bring them into a different range—for example, to change linear feet to quarter inches on a blueprint drawing of a house. **3.** In programming, to determine the number of digits occupied by fixed-point or floating-point numbers. *See also* fixed-point notation, floating-point number.

**scaling** *n.* In computer graphics, the process of enlarging or reducing a graphical image—scaling a font to a desired size or scaling a model created with a CAD program, for example. *See also* CAD.

**scan** *vb.* **1.** In television and computer display technologies, to move an electron beam across the inner surface of the screen, one line at a time, to light the phosphors that create a displayed image. **2.** In facsimile and other optical technologies, to move a light-sensitive device across an image-bearing surface such as a page of text, converting the light and dark areas on the surface to binary digits that can be interpreted by a computer.

**scan code** *n.* A code number transmitted to an IBM or compatible computer whenever a key is pressed or released. Each key on the keyboard has a unique scan code. This code is not the same as the ASCII code for the letter, number, or symbol shown on the key; it is a special identifier for the key itself and is always the same for a particular key. When a key is pressed, the scan code is transmitted to the computer, where a portion of the ROM BIOS (read-only memory basic input/output system) dedicated to the keyboard translates the scan code into its ASCII equivalent. Because a single key can generate more than one character (lowercase *a* and uppercase *A*, for example), the ROM BIOS also keeps track of the status of keys that change the keyboard state, such as the Shift key, and takes them into account when translating a scan code. *Compare* key code.

**scan head** *n.* An optical device found in scanners and fax machines that moves across the subject being scanned, converts light and dark areas to electrical signals, and sends those signals to the scanning system for processing.

**scan line** *n.* **1.** One of many horizontal lines of a graphics display screen, such as a television or raster-scan monitor. **2.** A single row of pixels read by a scanning device.

**scanner** *n.* An optical input device that uses light-sensing equipment to capture an image on paper or some other subject. The image is translated into a digital signal that can then be manipulated by optical character recognition

BC000906

(OCR) software or graphics software. Scanners come in a number of types, including flatbed (scan head passes over a stationary subject), feed (subject is pulled across a stationary scan head), drum (subject is rotated around a stationary scan head), and handheld (user passes device over a stationary subject).

**scan rate** *n. See* refresh rate.

**scatter diagram** *n.* A graph consisting of points whose coordinates represent values of data, often used to illustrate a correlation between one or more variables and a test group. See the illustration. *Also called:* point chart, point diagram.



Scatter diagram.

**schedule** *vb.* To program a computer to perform a specified action at a specified time and date.

**scheduler** *n.* An operating-system process that starts and ends tasks (programs), manages concurrently running processes, and allocates system resources. *Also called:* dispatcher.

**scheduling algorithm** *n.* An algorithm that governs the proper timing of a sequence of events in an operating system or application. For example, an effective motion graphics scheduling algorithm would be able to retrieve the graphic objects, process them, and display them without causing stutter or disruptions. *See also* algorithm.

**schema** *n.* A description of a database to a database management system (DBMS) in the language provided by the DBMS. A schema defines aspects of the database, such as attributes (fields) and domains and parameters of the attributes.

**schematic** *n.* A diagram that shows a circuit's components and the connections between them using lines and a set of standard symbols to represent various electronic components. See the illustration.



Schematic.

**Schottky diode** *n.* A type of diode (device that passes current in one direction) in which a semiconductor layer and a metal layer are brought into contact. It is characterized by very fast switching speeds. *Also called:* hot carrier diode, Schottky barrier diode.

**scientific notation** *n.* A floating-point method of representing a number, especially a very large or very small one, in which numbers are expressed as products consisting of a number between 1 and 10 multiplied by a power of 10. Scientific notation commonly uses the letter E in place of "times 10," as in 5.0E3, meaning 5.0 times 10 to the third power, or $10^3$. *See also* floating-point notation.

**sci. newsgroups** *n.* Usenet newsgroups that are part of the sci. hierarchy and begin with "sci." These newsgroups are devoted to discussions of scientific research and applications, except for computer science, which is discussed in the comp. newsgroups. *See also* newsgroup, traditional newsgroup hierarchy, Usenet. *Compare* comp. newsgroups, misc. newsgroups, news. newsgroups, rec. newsgroups, soc. newsgroups, talk. newsgroups.

**scissoring** *n. See* clip.

**scope** *n.* **1.** In programming, the extent to which an identifier, such as a constant, data type, variable, or routine, can be referenced within a program. Scope can be global



BC000907