# EXHIBIT G



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of     Radha K. C. PANDIPATI
Serial No.: 10/054390
Group Art Unit: 2626
Filed: January 24, 2002
Examiner: Negussie Worku

For:     BILLS SCANNER AND FINANCIAL ORGANIZER

AMENDMENT UNDER 37 C.F.R. 1.111

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

In response to the Office Action mailed September 9, 2005, please enter the following remarks.

REMARKS

Claims 1-11 stand rejected under 35 U.S.C. 103(a) as being unpatentable over Hu et al. (USP 6459506) in view of Iwaguchi et al. (USP 2002/0062292).

The Iwaguchi et al reference was filed on March 8, 2001 which postdates our priority date of February 1, 2001, which is our provisional patent filing date as mentioned in our patent application. Hence, the Iwaguchi reference can not be used to reject claims 1 – 11.

Our invention as claimed in claim 1 deals with an apparatus to scan bills with a unique software which automatically organizes all the information from the scanned bills. The Hu reference teaches merely scanning a document and preserving it in a computer as an image which can not be automatically manipulated to organize the information from the scanned document in the form of tables, pie-charts, etc. In other words, a key feature of claim 1, which is automatic

organization of the information from the scanned bills is not taught by the Hu reference.

Even though the Iwaguchi reference is postdated and can not be used here, we want to bring it your attention that the teachings of the Iwaguchi reference in combination with the Hu reference does not anticipate all elements of claim 1. The Iwaguchi reference only teaches about transferring the data, which is in the electronic form, from mobile terminals to a processing device. In other words the Iwaguchi reference does not teach automatically organizing any scanned information.

In view of the above, it is submitted that claim 1 and its dependent claims 2-11 are in condition for allowance, and a notice to such effect is respectfully requested.

If the Examiner believes that additional discussions or information might advance the prosecution of the instant application, the Examiner is invited to contact the inventor at the telephone numbers (301) 926-5886 and (301) 286-6338 to expedite resolution of any outstanding issues.

Respectfully submitted,

10/24/2005
Date

Radha K. C. Pandipati
Kris Engineering Inc
19531 Desmet Place
Montgomery Village
Maryland 20886
(301) 926-5886
(301) 286 6338