EXHIBIT H



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of

Radha K. C. PANDIPATI
Serial No.: 10/054390                      Group Art Unit: 2626
Filed: January 24, 2002                    Examiner: Negussie Worku

For:   BILLS SCANNER AND FINANCIAL ORGANIZER

<u>AMENDMENT UNDER 37 C.F.R. 1.111</u>

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

In response to the Office Action dated January 9, 2006 and meetings with Negussie Worku,
Examiner, on 2/15/2006 and 3/22/2006, please enter the following remarks.

<u>REMARKS</u>

a.     Objections to the Drawings

        The drawings have been revised to show every feature of the invention specified
in the claims.

b.     In response to our meetings with Negussie Worku, Examiner, on 2/15/2006 and
       3/22/2006, we have amended the claims 1 – 11 and added a new claim 12.

c.       Claims Objections

        Claims corrected appropriately.


d.       Claims Rejections

        All of the references mentioned in response to the Office Action mailed on January 9, 2006, including Mr. Hamilton's do neither teach my invention nor any of my claims.

        Our invention as claimed in claim 1 deals with a apparatus which manages and organizes the financial data, comprising: a scanner to scan receipts ; and a computer, connected to the scanner and loaded with a software which processes, organizes and saves the scanned information including numerical data in the receipts. The Hu reference teaches merely scanning a document and preserving it in a computer as an image which can not be automatically manipulated to organize the information from the scanned document in the form of tables, pie-charts, etc. In other words, a key feature of claim 1, which is automatic organization of the information from the scanned receipts is not taught by the Hu reference.

        Further, we want to bring it your attention that the teachings of the all the references including the Hamilton reference and the Hu reference do not anticipate all elements of claim 1. In other words none of the references quoted in your response teach automatically organizing any scanned information. Our invention deals with number crunching, organizing data automatically and is not just scanning an image. All the references quoted by you just merely scan document as an image and is saved as image only and data is not processed to organize the data automatically. Thus, none of the references anticipate all elements of claim 1.

        In view of the above, it is submitted that claim 1 and its dependent claims 2-12 are in condition for allowance, and a notice to such effect is respectfully requested.

If the Examiner believes that additional discussions or information might advance the prosecution of the instant application, the Examiner is invited to contact the inventor at the telephone numbers (301) 926-5886 and (301) 286-6338 to expedite resolution of any outstanding issues.

Respectfully submitted,

April 3, 2006

Radha K C. Pandipati

Date

Radha K. C. Pandipati

Kris Engineering Inc
19531 Desmet Place
Montgomery Village
Maryland 20886
(301) 926-5886
(301) 286 6338



**Title of Invention**

~~Bills~~ Receipts Scanner and Financial Organizer

**Inventors**

Radha K. C. Pandipati
Kris Engineering Inc
19531 Desmet Place
Montgomery Village, Maryland 20886
(301)926-5886 (Home)
(301)286-6338 (work)

**Cross-Reference to Related Applications**

US Patent 6,240,216   "Method and apparatus for processing an image, storage medium for storing an image processing program " by Naoyuki Nemoto & Hiroyasu Takahashi, dated May 29, 2001.

US Patent 5,604,640   "Business card scanner and method of use" by  Mary J. Zipf; & Karen E. Jachimowicz;, dated February 18, 1997.

US Patent 5,644,663   "Portable image scanner having manual or automatic feed" by Hidemi Saito; Takashi Kanda;Yoshihito Iida; Naoto Mochizuki;, dated July 1, 1997.

US Patent 6,115,241   "Attachment of a mobile scanner to a portable computer" by Darwin Hu, dated September 5, 2000.

US Patent 5,897,625   "Automated document cashing system" by Robin Haley Gustin;Troy W. Livingston;  Namsoo Park; dated April 27, 1999.

**Parent Case Text**

This is a continuation of U.S.Application Number 60/265,406, filed on Feb. 1, 2001, which is a provisional patent application.

~~Bills~~ Receipts Scanner and Financial Organizer by Radha K. C. Pandipati
Kris Engineering Inc, 19531 Desmet Place, Montgomery Village, MD 20886
(301)926-5886 (Home);(301)286-6338 (Work)

1

## BACKGROUND OF THE INVENTION

### Field of the Invention

This invention relates to a scanner apparatus to scan ~~bills~~ receipts into a computer and a software program which automatically organizes all the information that can be viewed in various formats, namely, tabular statements, pie-charts, etc and allows for record keeping, budgeting and reconciliation.

### Description of the Related Art

Almost everybody might have wondered at one time or other about where his/her salary is going. Many people think "Although I make more than enough money, I do not know how I am spending it".

You might have attempted to keep track of how you were spending by saving all the receipts, checks, utility bills and notes about cash transactions, etc. You patiently entered all the ~~bills~~ receipts into the computer (namely into one of the budgeting or finance managing software programs). This is very laborious and time consuming and after a while you will loose patience and stop entering the data. There ends the plan to know where your salary is going.

Now, with this invention, you can stop wasting your time typing. Simply take your file of ~~bills~~ receipts and feed them into the scanner. Within seconds after scanning the ~~bills~~ receipts, the software organizes all the information into a file on your computer that can be viewed in various formats. It's fast, easy, and convenient. Once the ~~bills~~ receipts are scanned into your computer, you can use the software to manage your expense information.

A thorough patent search resulted in the following related patents but none of them has proposed so far the idea proposed in this invention. For example, the US Patent 6,240,216 entitled " Method and apparatus for processing an image, storage medium for storing an image processing program" relates to an image method and more particularly to mask

processing (noise reduction, smoothing of a pattern or the like) of binary image data by software.

There are a number of different kinds of scanners commercially available and have been patented. However, none of them are of the type described in this invention. When a ~~bill~~ receipt is fed or inserted the scanner of this invention automatically grabs and moves the ~~bill~~ receipt while it is being scanned and stops at the completion of the scanning of the bill. In addition, the data is automatically captured and organized into a database which allows the data scanned to be viewable in a number of predefined formats which also can be customized if desired.

The prior art references describe excellent applicability to various purposes other than the purpose the present invention is intended. For instance, the US Patent 5,604,640 entitled "Business card scanner and method of use" relates, in general, to optoelectronic devices and, in particular, to scanning mixed media information cards, storing the information, and displaying the scanned information in a variety of display formats. However, feeding and scanning of ~~bills~~ receipts and having associated software program to organize the data is not dealt with.

The US Patent 5,644,663 entitled " Portable image scanner having manual or automatic feed" relates to an image scanner for automatically scanning a document to optically read out and output image data that is on the document to an image processing device such as a computer, and more particularly to a portable image scanner capable of selectively uniting a cover member to a scanner body to feed a cut-sheet document to be scanned, or detaching the cover member from the scanner body to move the independent scanner body on a thick document such as a book.

The US Patent 6,115,241 entitled "Attachment of a mobile scanner to a portable computer" generally relates to a portable scanning system and more particularly to a versatile attachment of a mobile scanner to a portable computer.

The US Patent 5,897,625 entitled "Automated document cashing system" relates to automated banking systems and machines including those which employ or are an improvement on automatic teller machines (ATMs). These systems perform the usual ATM functions and additionally cash money orders and checks for the user without the presence or the assistance of a teller, allow the depositing of cash into the machine and provide additional functions, such as transferring money by wire, depositing cash into an account or purchasing end user items from the machine.

The US Patent 5,920,877 entitled "Text acquisition and organizing system" relates to apparatus for acquiring and manipulating text and, more particularly, to apparatus for acquiring discrete text strings and automatically formatting those text strings, as they are received, into a preselected data format structure. There are a number of situations in which a researcher or reader may desire to record and organize printed or displayed text included in an existing work for future reference or for some other future use. As used herein, the term "text" is meant to encompass information that is intended for presentation for human comprehension and may comprise symbols, phrases, sentences in natural or artificial language, pictures, diagrams, and tables.

There has not been proposed so far a configuration consisting of a scanner and a software program in order to achieve the purpose described by the subject patent. Thus, none of the prior art references proposed the idea of this invention.

Bills Receipts Scanner and Financial Organizer by Radha K. C. Pandipati
Kris Engineering Inc, 19531 Desmet Place, Montgomery Village, MD 20886
(301)926-5886 (Home);(301)286-6338 (Work)

4

## SUMMARY OF THE INVENTION

This is a continuation of U.S.Application Number 60/265,406, filed on Feb. 1, 2001, which is a provisional patent application. Briefly stated, it is an apparatus to scan ~~bills~~ receipts with a ~~unique~~ software which automatically processes, organizes, and saves all the information from the scanned ~~bills~~ receipts. It contains a scanner that ~~which~~ is connected to a computer through a Universal Serial Bus (USB) port or ~~pass thru~~ parallel port and ~~the unique~~ a software program loaded into the computer ~~program~~. As the ~~bills~~ receipts are being scanned, all the information from the scanned ~~bills~~ receipts is automatically entered into the computer. You need to insert one ~~bill~~ receipt at a time into this scanner. The ~~bills~~ receipts can be either grocery receipts, various purchase receipts, credit card ~~bills~~ receipts, bank statements, etc. It automatically collects all the data from the ~~bills~~ receipts you have just scanned, processes and organizes all the information. The software categorizes each transaction, so you have instant insight into your expenses. You always know exactly where your money goes. It creates reports including Income-Expense, Cash Flow, Budget, etc. It instantly lets you customize, sort, and subtotal report information on-screen and shows where any amount in a report comes from. It shows a clear picture of your expenses with a number of instant graphs. The organized data can also be viewed in tabular form or pie-chart form, etc. The apparatus allows editing the information from the scanned ~~bills~~ receipts. The apparatus also automatically saves the information scanned from the ~~bills~~ receipts in the Quicken Interchange Format (QIF), allowing it to be imported by any financial management program like Quicken, Money, etc; Each scanned ~~bill~~ receipt will be turned into an individual transaction. The multiple items in the ~~bill~~ receipt will be used to create a "split" transaction with proper customizable categories. The software loaded into the computer allows for record keeping, budgeting and reconciliation.

For example, making a budget is easy but adhering/implementing it is difficult, but not when you use the system of this invention. Software enables you to create a budget. Once you start scanning the ~~bills~~ receipts, it lets you know at any time where you stand with respect to your budget, whether you kept up or you need adjustment. A budget lets you set

a goal for the amount of money you want to spend in a particular category - for example, $100 per month for entertainment. Then you can run a monthly budget report to compare the budgeted amount to the actual amount that you spent.

The software allows the data from the ~~bills~~ receipts to be presented in various formats. For example, a list of all the items you have purchased; another list of items you bought from a particular department store; how many times you visited a particular restaurant and how much you spent each time; how much you spent for clothes versus food versus eating outside, etc.

Thus, the software is a simple-to-use financial organizer where all ~~bill~~ receipt information gets organized into an easily useable format. The software has lots of features to make your life easier. It allows you to find any expense. You can also add notes to the transactions. The semi-processed data can be imported into one of the your already existing or familiar programs like Quicken, Money, etc.

Other and further features of this invention will become obvious upon an understanding of the illustrative embodiments about to be described or will be indicated in the appended claims, and various advantages not referred to herein will occur to one skilled in the art upon employment of the invention in practice.

## BRIEF DESCRIPTION OF THE DRAWING

An embodiment of the present invention will be described hereinafter with reference to the accompanying drawing, in which:

Figure 1: is a schematic block diagram illustrating the overall arrangement of the scanner and the computer with associated monitor, printer, etc. This overall arrangement is a representative embodiment of the present invention.

Figure 2: is flow chart of working of the apparatus.

~~Bills~~ Receipts Scanner and Financial Organizer by Radha K. C. Pandipati
Kris Engineering Inc, 19531 Desmet Place, Montgomery Village, MD 20886
(301)926-5886 (Home);(301)286-6338 (Work)

6

Figure 3: is an illustration of various forms of scanned ~~bills~~ receipts.

Figure 4A: is an example of Tabular form of Organized Information.

Figure 4B: is an example of Pie-Chart form of Organized Information.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

The system as illustrated in Fig.1 contains the scanner 1 and the software. The scanner 1 is different from conventional large size scanners you might have seen in some offices or in copying shops. It is a small, light-weight and portable one, and has cables that connect to power outlet for its power and to a computer 2 for communicating back and forth with it. It is capable of scanning ~~bills~~ receipts of different widths and thicknesses; it has a built-in feeder that takes in ~~bills~~ receipts as they are fed, similar to a fax machine where the fax page is swept in.

The scanner 1 is connected to a computer 2 using a USB port as illustrated in Fig. 1. Before scanning, turn-on the scanner 1 and the computer 2. Open the software program by clicking on the icon displayed on the screen (see the monitor 3 in Fig. 1). When the program is loaded into the computer 2 it automatically creates an icon on the screen (see the monitor 3 in Fig. 1). The software opens a window displaying two options, to open an existing file or to open a new file. In the case of a new file, it allows you to select the name of the new file by typing it in. Once a file is selected, it displays "ready for scanning." Now you can feed the ~~bills~~ receipts into the scanner 1 one at a time. Click "scanning complete" once you have finished scanning all the ~~bills~~ receipts. You will find that all the information from the scanned ~~bills~~ receipts is automatically entered into the computer 2. Each ~~bill~~ receipt is entered as a separate transaction using preselected, or default categories. You have the flexibility to change the categories any time and reconcile. Now the software program in the computer 2 has organized all the information. Figure-2 presents flow chart of working of the apparatus as explained in the preceding

~~Bills~~ Receipts Scanner and Financial Organizer by Radha K. C. Pandipati
Kris Engineering Inc, 19531 Desmet Place, Montgomery Village, MD 20886
(301)926-5886 (Home);(301)286-6338 (Work)

7

lines. This new or updated file is ready for viewing on the screen (see the monitor 3 in Fig.1) and/or for printing (see the printer 4 in the Fig.1). Also, after viewing the file, if needed you can modify or edit each transaction. Further, the software also allows for record keeping, budgeting and reconciliation.

Thus, the system "~~Bills~~ Receipts Scanner and Financial Organizer"  is an apparatus to scan ~~bills~~ receipts and ~~unique~~  a software to automatically process, organize, and save all the information from the scanned ~~bills~~ receipts; it is connected to a computer 2 through a USB port and ~~the unique~~  a software program loaded into the computer ~~program~~. When ~~bills~~ receipts are fed into, it automatically enters all the information into the  computer 2 that is connected to it instead of manual typing in. As ~~bills~~ receipts are scanned, all the information from the ~~bills~~ receipts is automatically entered into computer 2; ~~unique~~ a software program operating within the computer 2 processes all the information from the scanned ~~bills~~ receipts and organizes it. Figure-3 illustrates various forms of scanned ~~bills~~ receipts. It allows editing the information from the scanned ~~bills~~ receipts and organized data. This organized data can be viewed in various formats, namely, tabular form (see figure 4A), pie-chart form (see figure 4B), etc. The tabular data formats include income-expense reports, planned versus actual budget, list of all expenses with different categories, etc. It further processes the data and enables comparison with pre-customized budgets or limits in each category.

It also allows QIF formatted data to be imported into any financial organizer program like Quicken, Money, etc.

**POSSIBLE EXTENSIONS**

It even comes up with suggestions and recommendations using its large up-to-date data base, namely, how you can save on groceries, how you can improve your health habits, how you can save on insurance, how you can save on travel, compares expenses each month with the previous month, prompts you when certain payments might have to be made, projects certain future expenses using data it has compiled (like birth days,

~~Bills~~ Receipts Scanner and Financial Organizer by Radha K. C. Pandipati
Kris Engineering Inc, 19531 Desmet Place, Montgomery Village, MD 20886
(301)926-5886 (Home);(301)286-6338 (Work)

8

marriage days, etc), how you can maintain budget by changing where you buy or what brand name item you buy, gathers information for taxes (keeps track of items that go into tax preparations), etc.

Bills Receipts Scanner and Financial Organizer by Radha K. C. Pandipati
Kris Engineering Inc, 19531 Desmet Place, Montgomery Village, MD 20886
(301)926-5886 (Home);(301)286-6338 (Work)

9

**Amendments of the Claims**

This listing of claims will replace all previous versions and listings of claims in the application:

**Listing of Claims**

1      (Currently amended) A~~n~~ apparatus ~~to scan bills with a unique software which automatically organizes all the information from the scanned bills:~~ which manages and organizes the financial data, comprising:

a scanner to scan receipts ; and

a computer, connected to the scanner and loaded with a software which processes, organizes and saves the scanned information including numerical data in the receipts.

2      (Currently amended) An apparatus as claimed in claim 1, ~~where~~ wherein the scanner is connected to a computer through a USB port or pass ~~thru~~ through parallel port ~~and~~ with ~~the unique~~ the software program loaded into the ~~program~~ computer.

3      (Currently amended) An apparatus as claimed in claim 1, ~~where~~ wherein as the ~~bills~~ receipts are being scanned, all the information from the scanned ~~bills~~ receipts is automatically entered into the computer.

4      (Currently amended) An apparatus as claimed in claim 1, wherein the ~~unique software program processes all the information and organizes it;~~ ~~bills~~ receipts include grocery receipts, purchase receipts, credit card ~~bills~~ receipts or bank statements.

5       (Currently amended) An apparatus as claimed in claim 1, wherein the organized data can be viewed ~~as~~ in a tabular form or pie-chart form.

6    (Currently amended) An apparatus as claimed in claim ~~1~~ 5, wherein the <u>formats of</u> the tabular data ~~formats~~ <u>form</u> include income-expense reports, expenses versus planned budget, <u>cash flow,</u> and list of all expenses grouped under various categories <u>or classifications including groceries, school supplies, utilities, Car maintenance, entertainment, savings, healthcare, house maintenance</u>.

7    (Currently amended) An apparatus as claimed in claim 1, wherein the apparatus allows editing the information from the scanned ~~bills~~ <u>receipts</u>.

8    (Currently amended) An apparatus as claimed in claim 1, wherein the apparatus automatically saves the information scanned from the ~~bills~~ <u>receipts</u> in ~~the~~ Quicken Interchange Format, allowing it to be imported by ~~any~~ <u>a</u> financial management program ~~like Quicken, Money, etc~~.

9    (Currently amended) An apparatus as claimed in claim 1, wherein each scanned ~~bill~~ <u>receipt</u> will be turned into an individual transaction.

10   (Currently amended) An apparatus as claimed in claim 9, wherein the multiple items in the ~~bill~~ <u>receipt</u> will be used to create a "split" transaction with proper customizable categories <u>or classifications</u>.

11   (Currently amended) An apparatus as claimed in claim 1, wherein the software allows for record keeping, budgeting and ~~reconciliation~~ <u>for balancing the budget</u>.

12   (New) An apparatus as claimed in claim 3, wherein the information includes name, price, and quantity of each of the items purchased; date of the purchase; name, address, phone number of the vendor or shop where the items were purchased from; taxes paid.

~~Bills~~ Receipts Scanner and Financial Organizer by Radha K. C. Pandipati
Kris Engineering Inc, 19531 Desmet Place, Montgomery Village, MD 20886
(301)926-5886 (Home);(301)286-6338 (Work)

11

## Abstract

The system contains a scanner, an apparatus for scanning ~~bills~~ receipts into a computer and ~~an unique~~ a software program which automatically processes, organizes, and saves all the information that can be viewed in various formats, namely, tabular statements, pie-charts, etc. The scanner which accommodates paper of differing sizes will be used to input ~~bills~~ receipts, receipts, bank statements, etc. Scanner is usually connected to a computer through a Universal Serial Bus or ~~pass thru~~ parallel port for easy installation. The software program creates a text file of the scanned data by inclusion of sorting, categories, etc and automatically saves the information in Quicken Interchange Format, allowing it to be imported into any financial management software for further processing. Each ~~bill~~ receipt will be turned into an individual transaction. Multiple items in the ~~bill~~ receipt will be used to create a "split" transaction with proper customizable categories added. Further, the software also allows for record keeping, budgeting and for balancing the budget ~~reconciliation~~.

~~Bills~~ Receipts Scanner and Financial Organizer by Radha K. C. Pandipati
Kris Engineering Inc, 19531 Desmet Place, Montgomery Village, MD 20886
(301)926-5886 (Home);(301)286-6338 (Work)

12





**Figure 1  Block Diagram of the Apparatus Hardware**





Figure-2  Flow Chart of Working of the Apparatus



Figure-3 Various Forms of Scanned ~~bills~~ <u>Receipts</u>

~~Bills~~ Receipts Scanner and Financial Organizer by Radha K. C. Pandipati
Kris Engineering Inc, 19531 Desmet Place, Montgomery Village, MD 20886
(301)926-5886 (Home);(301)286-6338 (Work)

14



| Date | Description | Amount |
|---|---|---|
| January 2006 | Grocery | |
| | --Milk 1g | $3.99 |
| | --Coffee Powder 11oz | $5.99 |
| | --Sugar 5lbs | $2.99 |
| | --Rice 5lbs | $2.49 |
| | --Aqua Fresh 6 oz | $1.99 |
| | --Bounty 165C | $2.39 |
| | --Potato-WHT 5 lb. | $1.99 |
| | --Diet Sprite | $5.99 |
| | | |
| | | |
| | | |
| | Toiletry | |
| | --Face Cream | $6.59 |
| | --Face Soaps | $8.99 |
| | --Eyeliner | $4.99 |
| | --Nivea WC Face 1.7Z | $11.99 |
| | --Shout 150 oz | $7.99 |
| | --Bounce 160ct | $5.99 |
| | | |
| | | |
| | Others | |
| | --Ritz 1 hour process | $12.09 |
| | --6' x 9' Rug | $159.00 |
| | | |
| | | |

**Figure-4A   An Example of Tabular Form of Organized Information**

Bills Receipts Scanner and Financial Organizer by Radha K. C. Pandipati
Kris Engineering Inc, 19531 Desmet Place, Montgomery Village, MD 20886
(301)926-5886 (Home);(301)286-6338 (Work)

15





**Figure-4B   An Example of Pie-chart form of Organized Information**

Bills Receipts Scanner and Financial Organizer by Radha K. C. Pandipati
Kris Engineering Inc, 19531 Desmet Place, Montgomery Village, MD 20886
(301)926-5886 (Home);(301)286-6338 (Work)