UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BRIGHT CAPTURE LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> ZOHO CORPORATION, § <br> § <br> Defendant. § <br> § | Civil Action No. 6:22-CV-00048-ADA |

**DECLARATION OF RYAN J. MARTON
IN SUPPORT OF ZOHO'S REPLY CLAIM CONSTRUCTION BRIEF**

I, Ryan J. Marton, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am a partner with the law firm of Marton Ribera Schumann & Chang LLP, counsel of record for Defendant Zoho Corporation ("Zoho") in this matter. I submit this declaration in support of Zoho's Reply Claim Construction Brief. I have personal knowledge of the facts set forth herein unless otherwise indicated, and if called to testify, I could and would testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of U.S Patent No. 6,459,506.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct. Executed this 20th day of March 2023 in San Francisco, CA.

                                                                      */s Ryan J. Marton*
                                                                       Ryan J. Marton