IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BRIGHT CAPTURE LLC,<br><br>Plaintiff,<br><br>v.<br><br>ZOHO CORPORATION,<br><br>Defendants. | Case No. 6:22-cv-48 |

## JOINT CLAIM CONSTRUCTION STATEMENT

Plaintiff Bright Capture LLC and Defendant Zoho Corporation jointly submit this Joint Claim Construction Statement for disputed claim terms of four patents that Bright Capture asserts Zoho infringes: (1) U.S. Patent No. 7,746,510; (2) U.S. Patent No. 8,693,070; (3) U.S. Patent No. 10,049,410; and (4) U.S. Patent No. 10,453,151.

### I. AGREED CONSTRUCTIONS

Pursuant to the scheduling order, the Parties met and conferred on February 8, 2023, in an effort to narrow the terms in dispute. Through that process, the parties agreed that the preamble of claim 1 of U.S. Patent No. 8,693,070 should be construed as limiting. (This issue was proposed for construction by Zoho.)

### II. DISPUTED CLAIM TERMS

| Claim Term | Bright Capture's Proposed Construction | Zoho's Proposed Construction |
|---|---|---|
| "scanner" ('510 patent claim 11; '070 patent claim 1; and '151 patent preamble[1]) | Plain and ordinary meaning | "a portable device with a built-in feeder that scans documents as they are fed into the device" |

---

[1] The parties dispute whether the preamble is limiting.

1

| | | |
|---|---|---|
| This term was proposed for construction by Zoho. | | |
| "Computer input device" ('410 patent claim 1)<br><br>This term was proposed for construction by Zoho. | Plain and ordinary meaning | "a portable device with a built-in feeder that scans documents as they are fed into the device" |
| Preamble of claim 16 of U.S. Patent No. 10,453,151<br><br>This issue was proposed for construction by Zoho. | Not limiting | Limiting |

This 6th day of April, 2023.

*/s/   Cortney S. Alexander*
Cortney S. Alexander
cortneyalexander@kentrisley.com
KENT & RISLEY LLC
Tel: (404) 855-3867
5755 N Point Pkwy Ste 57
Alpharetta, GA 30022

**COUNSEL FOR PLAINTIFF**

*/s/ Phillip Haack*
Darryl J. Adams
Texas State Bar No. 00796101
dadams@sgbfirm.com
**SLAYDEN GRUBERT BEARD PLLC**
401 Congress Avenue, Suite 1650
Austin, Texas 78701
Telephone: (512) 402-3550
Facsimile:  (512) 402-6865

Ryan J. Marton (*Pro Hac Vice*)
ryan@martonribera.com
Carolyn Chang *(Pro Hac Vice)*
carolyn@martonribera.com
Phillip Haack *(Pro Hac Vice)*
phaack@martonribera.com
**MARTON RIBERA SCHUMANN & CHANG LLP**
548 Market St., Suite 36117
San Francisco, CA 94104
Telephone: (415) 360-2515

**COUNSEL FOR DEFENDANT**