# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| BRIGHT CAPTURE LLC | § | |
| | § | |
| vs. | § | NO:   WA:22-CV-00048-ADA |
| | § | |
| ZOHO CORPORATION | § | |

## ORDER RESETTING MARKMAN HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for MARKMAN HEARING by Public Zoom on June 01, 2023 at 11:00 AM.

IT IS SO ORDERED this 1st day of May, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE