UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| BRIGHT CAPTURE LLC | § § | |
| vs. | § § | NO:  WA:22-CV-00048-ADA |
| ZOHO CORPORATION | § | |

## ORDER RESETTING MARKMAN HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for MARKMAN HEARING by Public Zoom on June 12, 2023 at 02:30 PM.

IT IS SO ORDERED this 5th day of June, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE