UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BRIGHT CAPTURE LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ZOHO CORPORATION,<br><br>　　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§　Civil Action No. 6:22-CV-00048-ADA<br>§<br>§<br>§<br>§<br>§ |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

Plaintiff Bright Capture LLC and Defendant Zoho Corporation jointly move for entry of the attached agreed Protective Order (*see* Ex. A) to replace the Court's interim Protective Order for purposes of governing the disclosure of confidential information in this case.

Dated: July 17, 2023　　　　　　　　　　　Respectfully submitted:

| | |
|---|---|
| */s/   Cortney S. Alexander* | */s/ Phillip J. Haack* |
| Cortney S. Alexander | Ryan Marton (admitted *pro hac vice*) |
| cortneyalexander@kentrisley.com | ryan@martonribera.com |
| KENT & RISLEY LLC | Carolyn Chang  (admitted *pro hac vice*) |
| Tel: (404) 855-3867 | carolyn@martonribera.com |
| 5755 N Point Pkwy Ste 57 | Phillip Haack (admitted *pro hac vice*) |
| Alpharetta, GA 30022 | phil@martonribera.com |
| | MARTON RIBERA SCHUMANN & CHANG LLP |
| *Counsel for Bright Capture LLC* | 548 Market Street, Suite 36117 |
| | San Francisco, CA 94104 |
| | Telephone:     (415) 360-2515 |

Darryl Adams
Texas State Bar No. 00796101
dadams@sgbfirm.com
SLAYDEN GRUBERT BEARD PLLC
401 Congress Ave., Ste. 1650
Austin, Texas 78701
Telephone: (512) 402-3550
Facsimile: (512) 402-6865

*Attorneys for Zoho Corporation*

**CERTIFICATE OF CONFERENCE**

Counsel for Zoho certifies that the parties have met and conferred regarding the relief requested in this motion and are filing this motion jointly.

_/s/ Phillip J. Haack_

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing is being served on the counsel of record via the CM/ECF system on July 17, 2023.

_/s/ Phillip J. Haack_
Phillip J. Haack