IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BRIGHT CAPTURE LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>ZOHO CORPORATION,<br><br>    Defendants. | Case No. 6:22-cv-48-ADA |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Bright Capture LLC and Defendant Zoho Corporation, through their attorneys of record, respectfully submit this joint stipulation of dismissal, stipulating that all claims in this action are dismissed with prejudice; that Defendant Zoho Corporation retains the right to challenge validity, infringement, and/or enforceability of the patents-in-suit, via defense or otherwise, in any future proceeding, and that each party shall bear its own attorneys' fees, costs of court and expenses.

This 26th day of July, 2023.

| | |
|---|---|
| */s/ Phillip J. Haack* | /s/ *Cortney S. Alexander* |
| Ryan Marton (admitted *pro hac vice*) | Cortney S. Alexander |
| ryan@martonribera.com | GA Bar No. 142690 |
| Carolyn Chang  (admitted *pro hac vice*) |   cortneyalexander@kentrisley.com |
| carolyn@martonribera.com |   Tel: (404) 855-3867 |
| Phillip Haack (admitted *pro hac vice*) |   Fax: (770) 462-3299 |
| phil@martonribera.com | KENT & RISLEY LLC |
| MARTON RIBERA SCHUMANN & CHANG LLP | 5755 N Point Pkwy Ste 57 |
| 548 Market Street, Suite 36117 | Alpharetta, GA 30022 |
| San Francisco, CA 94104 | |
| Telephone:     (415) 360-2515 | Attorneys for Plaintiff |

Darryl Adams

Texas State Bar No. 00796101
dadams@sgbfirm.com
SLAYDEN GRUBERT BEARD PLLC
401 Congress Ave., Ste. 1650
Austin, Texas 78701
Telephone: (512) 402-3550
Facsimile: (512) 402-6865

*Attorneys for Zoho Corporation*